

**FILED**

DEC 16 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | No. 02 C 2180 |
| ) | |
| v. ) | Honorable Wayne R. Andersen |
| ) | |
| JAMES E. KOENIG, ) | Magistrate Judge |
| ) | Nan R. Nolan |
| Defendant. ) | |

**DECLARATION OF ROBERT W. POMMER III IN SUPPORT OF MOTION
FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO CLAIMS
UNDER SECTION 13(B) AND RULE 13b2-1 OF THE EXCHANGE ACT**

I, Robert W. Pommer III, pursuant to 28 U.S.C. § 1746, declare that

1.  I am an Assistant Chief Litigation Counsel in the Division of Enforcement of the Securities and Exchange Commission ("SEC" or the "Commission") in Washington, D.C., and one of the trial counsel for the Commission in this action. I was one of the staff attorneys assigned to the Commission's investigation that led to the filing of this action. I am a member in good standing of the bars of the State of Maryland and the District of Columbia, as well as the Trial Bar of this Court. I make this declaration in support of the Commission's motion for partial summary judgment with respect to claims under Section 13(b) and Rule 13b2-1 of the Exchange Act.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a Declaration of Herbert J. Anders, and the Exhibits thereto.

3.  Attached as Exhibit 2 is a true and correct copy of the transcript of the deposition testimony of Rod Hills, volume 7, November 10, 2005.

1

4. Attached as Exhibit 3 is a true and correct copy of the transcript of the deposition testimony of Rod Hills, volume 8, November 11, 2005.

5. Attached as Exhibit 4 is a true and correct copy of Exhibit 1337, which was discussed during the deposition testimony of John E. Marek, volume 1, May 17, 2004.

6. Attached as Exhibit 5 is a true and correct copy of the transcript of the deposition testimony of John E. Marek, volume 8, November 16, 2005.

7. Attached as Exhibit 6 is a true and correct copy of the transcript of the deposition testimony of John R. Sanford, May 19, 2003.

8. Attached as Exhibit 7 is a true and correct copy of the transcript of the deposition testimony of Mark Spears, volume 1, June 24, 2003.

9. Attached as Exhibit 8 is a true and correct copy of the transcript of the deposition testimony of Mark Spears, volume 2, June 25, 2003.

10. Attached as Exhibit 9 is a true and correct copy of the transcript of the deposition testimony of Mark Spears, volume 3, June 26, 2003.

11. Attached as Exhibit 10 is a true and correct copy of the transcript of the SEC investigative testimony of Robert E. Allgyer, August 30, 2000.

12. Attached as Exhibit 11 is a true and correct copy of the transcript of the SEC investigative testimony of Donald Chappel, September 22, 1999.

13. Attached as Exhibit 12 is a true and correct copy of the transcript of the SEC Investigative Testimony of Walter Cerveavschi, volume 9, August 25, 2000,

14. Attached as Exhibit 13 is a true and correct copy of the transcript of the SEC investigative testimony of Thomas Hau, volume 1, May 12, 1999.

15. Attached as Exhibit 14 is a true and correct copy of the transcript of the SEC investigative testimony of Thomas Hau, volume 2, May 13, 1999.

16. Attached as Exhibit 15 is a true and correct copy of the transcript of the SEC investigative testimony of Thomas Hau, volume 5, October 13, 2000.

17. Attached as Exhibit 16 is a true and correct copy of the transcript of the SEC investigative testimony of Ronald Jericho, volume 1, March 17, 1999.

18. Attached as Exhibit 17 is a true and correct copy of the transcript of the SEC Investigative Testimony of Ronald Jericho, volume 3, October 3, 2000.

19. Attached as Exhibit 18 is a true and correct copy of the transcript of the SEC investigative testimony of Ronald Jericho, volume 4, October 4, 2000.

20. Attached as Exhibit 19 is a true and correct copy of the SEC Investigative Testimony of James E. Koenig, October 25, 2000.

21. Attached as Exhibit 20 is a true and correct copy of is a true and correct copy of a February 5, 1996 letter from Koenig, et al. to Arthur Andersen (SEC Exhibit 150), which was discussed the SEC Investigative Testimony of James E. Koenig, October 25, 2000.

22. Attached as Exhibit 21 is a true and correct copy of transcript of the SEC investigative testimony of Mark Spears, June 8, 2000.

23. Attached as Exhibit 22 is a true and correct copy of Exhibit 427, which was discussed during the SEC investigative testimony of Mark Spears, June 8, 2000.

24. Attached as Exhibit 23 is a true and correct copy of the transcript of the SEC Investigative testimony of Bruce D. Tobecksen, volume 1, March 22, 1999.

25. Attached as Exhibit 24 is a true and correct copy of the transcript of the SEC Investigative testimony of Bruce D. Tobecksen, volume 4, January 12, 2001.

26. Attached as Exhibit 25 is a true and correct copy of excerpts from defendant James E. Koenig's Answer to the Commission's Complaint in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2005.

Robert W. Pommer III

4

## **CERTIFICATE OF SERVICE**

      This is to certify that I have caused a copy of the Declaration of Robert W. Pommer III in Support of Motion for Partial Summary Judgment against Defendant Koenig with Respect to Claims under Section 13(b) and Rule 13b2-1 of the Exchange Act, and the exhibits thereto, to be served upon the persons listed below by Federal Express on this 15th day of December, 2005:

            Sarah R. Wolff, Esquire
            Jonathan S. Quinn, Esquire
            Matthew J. O' Hara, Esquire
            Lisa Kellmeyer, Esquire
            SACHNOFF & WEAVER, LTD.
            10 South Wacker Drive
            Chicago, Illinois   60606

                              _____
                              Robert W. Pommer