IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES E. KOENIG, ) <br> ) <br> Defendant. ) <br> ) | No. 02 C 2180 <br><br> Hon. Wayne R. Andersen <br><br> Magistrate Judge <br> Nan R. Nolan |

## APPENDIX TO

## SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO KOENIG'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON GROUNDS OF IMMATERIALITY

Local Counsel

John E. Birkenheier (No. 6270993)

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

175 West Jackson Boulevard
Chicago, Illinois 60604

John D. Worland, Jr. (No. 90785343)
Richard B. Skaff (admitted pro hac vice)
Robert W. Pommer, III (No. 90785340)

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

100 F Street, N.E.
Washington, D.C. 20549-0911

**Note Regarding Appendix:**

Pursuant to this Court's Case Management Procedures for Motions for Summary Judgment, the Commission submits this appendix of evidentiary material cited in its counterstatement of certain additional facts that require denial of Koenig's Motion for Partial Summary Judgment. The tabs identify by paragraph number the fact in the counterstatement to which the material relates. The evidentiary material is taken from the exhibits to the accompanying Declaration of Robert W. Pommer III in support of this motion. With respect to citations to transcripts, the Commission is including in this Appendix the relevant excerpts from the minuscript version of the testimony transcripts and not the full page version in an effort to reduce the volume of the appendix. Complete copies the transcripts of the testimony (in minuscript version) are included in the Pommer Declaration.