# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) )  Plaintiff,  ) ) v. ) ) JAMES E. KOENIG, ) ) Defendant. ) | No. 02 C 2180  Honorable Wayne R. Andersen  Magistrate Judge Nan R. Nolan |

## DECLARATION OF ROBERT W. POMMER III IN OPPOSITION TO KOENIG'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON GROUNDS OF IMMATERIALITY

I, Robert W. Pommer III, pursuant to 28 U.S.C. § 1746, declare that

1. I am an Assistant Chief Litigation Counsel in the Division of Enforcement of the Securities and Exchange Commission ("SEC" or the "Commission") in Washington, D.C., and one of the trial counsel for the Commission in this action. I was one of the staff attorneys assigned to the Commission's investigation that led to the filing of this action. I am a member in good standing of the bars of the State of Maryland and the District of Columbia, as well as the Trial Bar of this Court. I make this declaration in opposition to Koenig's motion for partial summary judgment on grounds of immateriality.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from defendant James E. Koenig's Answer to the Commission's Complaint in this action.

3. Attached as Exhibit 2 is a true and correct copy a Waste Management, Inc. Press Release, dated October 10, 1997.

1

4. Attached as Exhibit 3 is a true and correct copy a Waste Management, Inc. Press Releases, dated October 29, 1997.

5. Attached as Exhibit 4 is a true and correct copy of Waste Management Inc.'s Form 10-Q Report for the third quarter of 1997.

6. Attached as Exhibit 5 is a true and correct copy a chart captioned Waste Management, Inc. Historic Pricing History Report, which was previously attached as Exhibit 1 to Memorandum in Support of Defendants' Motions to Dismiss on Grounds of Immateriality As a Matter of Law.

7. Attached as Exhibit 6 is a true and correct copy of the affidavit of Thomas Newkirk, dated March 30, 1999.

8. Attached as Exhibit 7 is a true and correct copy of the Notice of Pendency and Proposed Settlement of Class Action, from the class action <u>In re Waste Management, Inc. Securities Litigation</u>, Master File No. 97-C-7709.

9. Attached as Exhibit 8 is a true and correct copy of the transcript of the June 24, 2003 Deposition Testimony of Mark T. Spears.

10. Attached as Exhibit 9 is a true and correct copy of Defendants' Reply Memorandum in Support of Their Motion to Dismiss on Grounds of Immateriality as a Matter of Law (filed December 20, 2002).

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the Expert Report of Frederick C. Dunbar, September 23, 2004.

12. Attached as Exhibit 11 is a true and correct copy of the transcript of the November 14, 2005 Deposition Testimony of Frederick C. Dunbar.

13. Attached as Exhibit 12 is a true and correct copy of Defendant James E. Koenig's Memorandum in Opposition to Plaintiff's Motion to Strike Defendants' Affirmative Defenses (filed September 2, 2004).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2006.

Robert W. Pommer III