# DECLARATION OF ROBERT W. POMMER III

# EXHIBIT 11.

Page 38

1   A.   I don't remember offhand.
2   Q.   It is a four figure sum, is it not?
3   A.   Sounds about right, yes.
4   Q.   And you basically identified some
5   stock purchases that Mr. Koenig made through the
6   course of the '92 through '96 period?
7   A.   Well, there is a 10,000 share stock
8   purchase plus a voluntary involvement in a
9   dividend reinvestment plan, yes.
10  Q.   And in Mr. Weil's report, he took
11  no account of this?
12  A.   Correct.
13  Q.   And you think he should have?
14  A.   Yes.
15  Q.   And when you do that and you apply
16  Mr. Weil's inflation percentages for the dates
17  of those purchases and offset those against the
18  proceeds from Mr. Koenig's sales back in 1992,
19  you get a negative disgorgement number; is that
20  correct?
21  A.   Well, you get -- right. There is
22  a -- there is a loss that Mr. Koenig suffered
23  from the alleged fraud. That is to say, that
24  had the -- had the earnings originally been as
25  restated, then he would have made less in his

Page 39

1   securities transaction.
2   Q.   Just so we are clear.
3   A.   I'm sorry, he would have made more
4   on his securities transactions because he would
5   have bought at a lower price.
6   Q.   So if -- on the methodology of
7   assessing -- strike that. I'll just ask you.
8        You have -- we are going to have to do a
9   few more nuts and bolts. We have a market model
10  with the returns, date of returns on Waste
11  Management correlated with the daily returns on
12  the S&P 500 and daily returns on the index?
13  A.   Yes.
14  Q.   And then you do something called an
15  event study; is that right?
16  A.   That's my approach, yes.
17  Q.   And that was Mr. Weil's approach as
18  well?
19  A.   Well, sort of. There is a -- there
20  is a technical distinction that doesn't really
21  result in a practical difference except in
22  implementation. What he does is he unifies the
23  estimation of the market model with his event
24  study, so he does everything in one computer
25  pass, whereas we break the event study down into

Page 40

1   two separate tasks. One is first the market
2   model and then second doing the event study.
3        In theory, both approaches are okay. We
4   are not -- we are not disputing that you
5   can't -- we are not disputing that you can do a
6   unified event study of the type that he did. We
7   think there are some errors in his
8   implementation but as a methodology, it's fine
9   Q.   Okay. Let's talk about your
10  methodology. When you did an event study here,
11  what is it that you did?
12  A.   We first ran the market model.
13  Then we set that aside and we create a
14  spreadsheet that has the prices and the actual
15  returns going out five days. That is called a
16  window, a five day window for Waste Management
17  stock. We then create what is called an excess
18  return and the excess return is the difference
19  between the predicted return with the market
20  model and the actual observed return. We then
21  determine whether those excess returns on any
22  given day are statistically significant using T
23  tests. We also accumulate the excess returns so
24  that you can determine a two day excess return
25  and a three day excess return, excess return for

Page 41

1   any amount of time of to five days and we do a
2   test for significance on the cumulative returns
3   also.
4        Then we take the returns and using a
5   mathematical formula we convert those into a
6   dollar impact. So for example, if the excess
7   return is 10 percent, we might convert that into
8   a $3 impact and that is basically the approach.
9   If we find a statistically significant return,
10  then we use that in the computation of
11  disgorgement and creating profits
12  Q.   Okay. So if I think of this, you
13  have the market model and that tells you what
14  you would expect the rate of return on Waste
15  Management to be on January 3, 1995 based on
16  changes in the stock market index for the S&P
17  500 and the industry index?
18  A.   Yes.
19  Q.   And then you look at what the
20  actual change was?
21  A.   Yes.
22  Q.   And you compare those using -- you
23  compare the difference between the actual return
24  and the expected return using some sort of
25  statistical test?

42

1    A.   Yes.
2    Q.   And if it passes that statistical
3  date, that date is a date where there is an
4  excess return?
5    A.   Yes.
6    Q.   The excess return could be negative
7  or positive?
8    A.   Yes.
9    Q.   So excess return is sort of a
10 catchall phrase for meaning being different than
11 what was expected?
12   A.   Right. Higher or lower.
13   Q.   Okay. Did you take -- what period
14 of time did you undertake this exercise? I
15 don't mean when did you do it, what time period
16 did you use, what time period for the data?
17   A.   Well, the data for the market model
18 are data around the time from before to around
19 the time of the disclosures that are in the
20 complaint and we excluded from the market model
21 those dates that are in the complaint. For the
22 event study, we take account of a series of
23 events starting with October 10, 1996 going
24 through, I believe the 10-QA that was filed,
25 let's see, October 10, 1997 going through the

43

1  10-QA that was filed in 1998.
2    Q.   10-QA?
3    A.   I think there was a 10-QA that was
4  filed for '97. The '97 -- I'm sorry, 10-KA?
5  Let me check this.
6    Q.   Let me go back. My first question
7  was and I don't think I said it this way but
8  this is what I wanted to know. What time period
9  did you use to return your market model?
10   A.   From October 10, 1996 to October 8,
11 1997. One year time period.
12   Q.   Okay. Now, I believe you testified
13 that you include -- you uncovered the excess
14 return dates and you use them to calculate your
15 stock price inflation. And I'm not sure that is
16 exactly what you meant to say. Are there event
17 days that you do not use even though they have
18 excess returns?
19   A.   Sure. In fact, it's likely you are
20 going to have an excess return simply because of
21 inherent volatility of the stock price.
22   Q.   You could have something like a
23 change in government regulation that has nothing
24 to do with the allegations in this complaint?
25   A.   Right, or just a big trade or

44

1  something like that.
2    Q.   So it is not as though you take the
3  excess return days and automatically include
4  them as events for purposes of calculating
5  disgorgement?
6    A.   Correct.
7    Q.   There is a process of looking at
8  the particular days that have excess returns and
9  seeing if they bear any relationship to the
10 allegations in the complaint?
11   A.   Yes.
12   Q.   Now, you ran your model for
13 basically a year leading up to the initial
14 October 10 disclosure that you mentioned in one
15 of your prior answers; is that correct?
16   A.   Yes.
17   Q.   And Prof. Weil ran his data from
18 various starting points but all of them much
19 earlier than yours and various end points all of
20 them much later than yours; is that correct?
21   A.   Yes.
22   Q.   In this case, did that result in
23 significant statistical differences?
24   A.   The running of the model over
25 various time periods?

45

1    Q.   Yes.
2    A.   That particular difference between
3  us and him probably did not result in much of a
4  difference. If we just isolate that one thing,
5  I doubt if that would have much effect.
6    Q.   Now, you used an index that had
7  a -- an industry index that had a certain number
8  of firms in them; is that correct?
9    A.   Yes.
10   Q.   And remind me how you chose those
11 firms.
12   A.   We went through a large number of
13 analyst reports and we said that any time a firm
14 was mentioned more than six times and had
15 trading data over the time period for which we
16 were estimating the model, we would include them
17 in the index.
18   Q.   And you came up with a certain
19 number of firms as a result of that?
20   A.   Yes.
21   Q.   And that criteria, where did you
22 come up with that criteria? That set of
23 criteria?
24   A.   Well, in general, we found that the
25 best way to find publicly traded proxies is

### Page 46

1  through the analyst reports because the analysts
2  are interested -- the analysts to the extent
3  they covered Waste Management covered the
4  industry and they can spot the firms that would
5  be the peers. So we felt that if we found those
6  firms that were sort of where the analysts were
7  covering them as a central tendency, then they
8  could be included in the index. We ended up
9  with enough firms so that we could also exclude
10 firms that weren't traded throughout the entire
11 time period.
12    Q.   Okay. Are those firms in your
13 Exhibit 29 of your report? Are they referred to
14 in there?
15    A.   Yes.
16    Q.   And there are seven of them?
17    A.   Yes.
18    Q.   And they all have the same SIC code
19 as Waste Management?
20    A.   They do.
21    Q.   Do you recall how Prof. Weil
22 constructed his index?
23    A.   No, I don't.
24    Q.   Let me show you a copy of what has
25 been previously marked as Exhibit 1472 which is

### Page 47

1  Prof. Weil's report in this litigation. I am
2  going to ask you if you could find in there a
3  description of how he did his index. I believe
4  it is on page seven.
5     A.   All he says is that he chose the
6  same SIC code for the firms that are included in
7  his index.
8     Q.   So would that result in his index
9  having more firms or fewer firms?
10    A.   It would probably be more.
11    Q.   Do you know if the -- your choice
12 of index or his choice of index had a
13 statistically significant effect on the results?
14    A.   I don't know that for a fact.
15    Q.   Do you have a hunch?
16    A.   No.
17    Q.   Okay. Well, for his market model,
18 he included event days; is that right?
19    A.   Yes, he did.
20    Q.   He did a one step process other
21 than a two step process that he described?
22    A.   Yes, but I think an important point
23 about his event study is that he not only
24 included the event days that are at issue in
25 this case but he included a lot of other event

### Page 48

1  days in his regression and I think that's where
2  he and I part company.
3     Q.   Part company in what respect?
4     A.   I don't think that's proper.
5     Q.   Okay. Now, you are talking before
6  he used as event days every time there was a
7  quarterly announcement of earnings?
8     A.   Yes.
9     Q.   And you think he should not have
10 done that?
11    A.   Correct.
12    Q.   Why do you think he should not have
13 done that?
14    A.   The problem that it creates that is
15 I believe material is that it arbitrarily
16 reduces the standard error of the estimate. So
17 he has -- so his T statistics are then biased
18 upwards. By excluding in his regression or
19 essentially he dummies them out but by excluding
20 the daily errors associated with announcement
21 dates, he is excluding a well-known effect which
22 is that the volatility of stocks actually
23 increases around announcement dates regardless
24 of whether there is any news in the announcement
25 or not. As a result, he will find more events

### Page 49

1  that are statistically significant than would
2  really be the case if he was accurately
3  measuring the standard error of the estimate of
4  this market model.
5     Q.   Let's look at what the two of you
6  actually did once you had the two market models.
7  He has a market model that goes -- includes the
8  same independent variables as yours?
9     A.   Yes. Well, except for the event
10 days.
11    Q.   It includes dummies for event days.
12    A.   Which we don't.
13    Q.   Right. But once he has this, he
14 then looks at particular events that occur
15 beginning October 10?
16    A.   Yes.
17    Q.   1997?
18    A.   That's correct.
19    Q.   And you did the same thing?
20    A.   Yes.
21    Q.   And in the course of that, you
22 looked at whether or not using excess returns
23 and T statistics whether or not particular dates
24 indicated that an event of significance had
25 happened?

50

1  A. That is correct. You are talking
2  about at the time of report?
3  Q. Right.
4  A. Yes.
5  Q. And you both uncovered some days
6  like November 4 where it was announced that Rod
7  Hills would be joining the board that had an
8  excess return, but you both concluded that it
9  did not have anything to do with the underlying
10 allegations in this case?
11 A. Well, for different reasons. The
12 answer to that is yes, but that masks another
13 difference between Prof. Weil and myself.
14 Q. Okay. Well, beginning October 10
15 and going forward through say March 1, 1998, how
16 many statistically significant event days did
17 you find that were related to the allegations in
18 the complaint?
19 A. Basically, I believe we used three.
20 Q. Do you recall what those were?
21 A. Well, October 10, October 29 and I
22 think it was either January -- the ultimate
23 announcement.
24 Q. February 24?
25 A. February 24, yes.

51

1  Q. Why don't you -- I have a table on
2  page 28 of your report.
3  A. Yes.
4  Q. And I take it this table you
5  included November 4, 1997 as an event date and I
6  believe that's connected to the announcement
7  that two people are joining the board one of
8  whom was Rod Hills?
9  A. Yes.
10 Q. And that had a positive effect on
11 the stock price?
12 A. It did.
13 Q. But you determined that that was
14 not related to the underlying allegations in the
15 complaint? The reason I say that is because I
16 think you did not include that amount in
17 calculating the stock price inflation.
18 A. Yes, but let me explain why I
19 didn't include it, because again, this relates
20 to a difference between myself and Prof. Weil.
21 In the course of reviewing the analyst reports
22 and news stories having to do with Waste
23 Management over this time period, leadership and
24 management issues were important and they had an
25 important effect on the stock price. So when

52

1  Mr. LeMay unexpectedly resigned on October 29,
2  the stock price dropped primarily because of the
3  impact that that was going to have on what was
4  expected to be beneficial restructuring for the
5  firm.
6        One of the -- there may have been a
7  number of reasons why he resigned. One of the
8  beliefs was that he was meeting resistance on
9  the board and that some of the old -- some of
10 the old insiders were still on the board. So
11 the November 4 announcement then has to do with
12 those insiders not losing influence because the
13 board was adding independent members.
14       If I had included all of the $5.49 drop in
15 tabulating what the inflation per share was
16 going to be back in time, I would want to
17 exclude the $1.13 increase because part of the
18 $5.49 drop is also not related to the
19 allegations in the complaint. So if I -- if I
20 were to include all of that I would have -- I
21 would offset that by the $1.13 because the LeMay
22 resignation has confounding information.
23 Instead, though, what I did was to take a
24 different approach to isolating the impact of
25 the potential accounting information and that

53

1  was based on how -- my approach was based on how
2  analysts were forecasting earnings per share and
3  to what they were attributing their revisions in
4  their forecasts of earnings per share.
5        Given that I did it a different way, then,
6  I didn't need to use the $1.13 as an offset
7  because I had already offset using a different
8  approach
9  Q. Okay. We are going to have a
10 discussion about the confounding effects that
11 you described and that Prof. Weil treats
12 differently than you do. But before we get
13 there, I would like to make sure that we don't
14 have a whole lot of difference in the
15 statistical generated information. I believe
16 that Prof. Weil generates October 10, I think he
17 uses October 30 and February 25 and I never
18 know, I presume that is basically the same
19 thing?
20 A. I think he has one more day.
21 Q. Yes, he does have one more day. He
22 has November 17 which relates to the
23 announcement of earnings on November 14. You do
24 not have that date as statistically significant?
25 A. Correct.

**Page 54**

1  Q.  But regardless of whether we call
2  them October 10, October 11, October 29, October
3  30, you have an event day around October 10 and
4  Prof. Weil has an event day around October 10?
5  A.  Yes.
6  Q.  Dealing with an announcement
7  concerning accounting?
8  A.  Correct. Well, --
9  Q.  Dealing with an announcement that
10 you concluded was relevant to this case?
11 A.  Relevant to this case, yes.
12 Q.  Right. And then on October 29 or
13 October 30, you have an event date and Prof.
14 Weil has an event date dealing with issues you
15 consider at least partially relevant to this
16 case?
17 A.  Yes.
18 Q.  And then you both have a date
19 concerning the formal press release on the
20 restatement, February 24-February 25, that deals
21 with issues you agree are relevant to this case?
22 A.  Yes.
23 Q.  Those are the only three dates you
24 have?
25 A.  Yes.

**Page 55**

1  Q.  Prof. Weil has a fourth date
2  dealing with an announcement of the third
3  quarter 10-Q on November 14, it's either that
4  Friday or the following Monday November 17,
5  correct?
6  A.  Yes.
7  Q.  You do not have that date?
8  A.  Correct.
9  Q.  Now, given Prof. Weil's market
10 model, he does generate a T statistic for that
11 date that is over 2 at the 95 percent confidence
12 level?
13 A.  Yes.
14 Q.  So if you accept --
15 A.  Well, at 95 percent confidence.
16 Q.  The excess return is statistically
17 significant at the 95 percent level of
18 confidence?
19 A.  If that was -- that would be true
20 if that was the only thing he was testing. If
21 that were the only event that he were testing,
22 then that would be true, but it's not -- even in
23 his model, it's not statistically significant
24 when you use a multiple comparisons test.
25 Q.  Well, he did not use a multiple

**Page 56**

1  comparisons test, right?
2  A.  That's correct.
3  Q.  Okay. But just if I look at his
4  printout and I look based on his market model
5  and I look at that date, I'm going to find a T
6  statistic greater than two for the excess return
7  associated with that announcement.
8  A.  You will.
9  Q.  And if I look at your model at that
10 date, I will not find -- I will find an excess
11 return, but I won't find it statistically
12 significant?
13 A.  That is correct.
14 Q.  So there is putting together all of
15 the things that are different about your two
16 models, one is he uses a longer period to
17 generate the market model, he uses dummy
18 variables for the quarterly announcements of
19 earnings, he uses a different industry index.
20 When that is all done, he has only one
21 additional statistically significant event day
22 that he relates to the fraud; is that correct?
23 A.  That is fair.
24 Q.  Okay.
25 A.  According to his tests.

**Page 57**

1  Q.  Right. Now, you have a -- and out
2  of all of those differences between the
3  underlying models, one of the things you mention
4  is the that because he has additional event days
5  in structuring his model, he results in higher T
6  statistics for event days than he otherwise
7  would have?
8  A.  Yes.
9  Q.  And you think that might account
10 for his including November 17 while your model
11 did not?
12 A.  Yes.
13 Q.  Is there anything else that you
14 think might account for simply the higher T
15 statistic in his model and in your model for
16 that date?
17 A.  Well, I don't know personally what
18 the effect of his index -- of his choice of
19 index is. In terms of computing the T
20 statistic, I think that would be it.
21 Q.  Okay. Now, even assuming that
22 Mr. -- Prof. Weil generated a statistically
23 significant event for that date using his model,
24 I take it you think there is something else he
25 could have done that would have cast doubt on

**58**

1  the significance of that date?
2     A.   Well, yes. He is testing for
3  significance on a number of different dates, not
4  just the four or five that we have mentioned.
5  And when --
6     Q.   You did that too, didn't you?
7     A.   Well, I did, but -- let me finish.
8     Q.   Okay.
9     A.   And then I can respond to that.
10    Q.   Okay.
11    A.   When one is testing for a number of
12  days and going to make a decision on the basis
13  of statistical significance, then a single event
14  T test is no longer appropriate. This doesn't
15  have anything to do with the calculation of the
16  T statistic. The calculation of the T statistic
17  is still fine. What it goes to is what level of
18  significance you should be choosing. So if you
19  normally choose like 1.94 as level for 95
20  percent, if you are looking at mobile
21  comparisons, you need a higher level of
22  statistical significance for each of your
23  coefficients in order to have a 5 percent level
24  of significance. So there is different
25  adjustments that you can make to a level of

**59**

1  statistical significance. The earliest
2  adjustments were called the Bonferroni
3  adjustment. We use a more recent adjustment
4  that has come up in the literature.
5     Q.   When you ran your results, did
6  you -- you did not have a T statistic for that
7  date that was greater than 1.94?
8     A.   Correct.
9     Q.   Did you adjust your inclusion of
10  the three days that you did include to reflect
11  this multiple comparison situation?
12    A.   No. I knew I wouldn't have to
13  because I have a feeling about what the level of
14  significance is, so I felt that even if I had
15  used a multiple comparison test we would have
16  still found statistical significance on the
17  dates that we used.
18    Q.   Now, what do you mean by multiple
19  comparison test?
20    A.   Let me try to explain it by an
21  example. This is sort of where a lot of the
22  research into it came from. Let's suppose that
23  you are a pharmaceutical company and you are
24  running clinical trials to find out the efficacy
25  of your new molecule in terms of its therapy and

**60**

1  so you may be tracking the impacts of people
2  taking your new drug versus a placebo on a
3  number of different indicators such as appetite,
4  hair loss, pain, rash, heart rate. Anything
5  that -- blood pressure. Anything that you can
6  think of. And if you -- if you then come back
7  and you have tested seven of them, you come back
8  to the FDA and say at a 95 percent level of
9  significance I found that this is efficacious at
10  one of these things, like reducing blood
11  pressure, the SEC is going to tell you to go
12  back and recompute the statistics.
13    Q.   Not the SEC.
14    A.   I'm sorry, maybe down the road.
15  The FDA.
16    Q.   What happens is that the FDA says
17  no, Martha sells her stock and then the SEC
18  comes in.
19    A.   Right. I understand that. So the
20  FDA -- because if you -- what the 95 percent
21  level of significance means is that if there is
22  no effect, there is only a one in 20 chance that
23  you are going to observe an event, but if you do
24  it twice and you use that same level of
25  significance, then instead of there being a one

**61**

1  in 20 chance of your claiming an effect, there
2  is a one in ten chance, because there is a one
3  in 20 chance on the first -- first effect and
4  then there is another one in 20 chance on the
5  second effect. And so --
6     Q.   We are not talking about two tests
7  here, we are talking about two separate effects.
8     A.   Two separate effects, yes.
9     Q.   Your hair falls out and your mouth
10  bleeds?
11    A.   Something like that, right. So in
12  order to adjust for that, you have to have a
13  higher level of statistical -- you have to have
14  a higher value of the T test, the T statistic,
15  in order for there to be truly a 5 percent level
16  of significance and that is -- that is what is
17  called a multiple comparisons test.
18        So in Prof. Weil's case, I think he
19  had five or so global comparisons, so we made
20  the adjustment based on five. And in that case
21  the November 17 date drops out. It is no longer
22  statistically significant even with his model.
23  It has no effect on our dates. None of our
24  statistically significant dates drop out.
25    Q.   That was a test you did after your

**Page 62**

1  report?
2  A.  We did that last week when we
3  were -- the reason that we did it on our model
4  was because I knew that if I presented it for
5  his model, somebody would ask well, what would
6  happen if you did it on your model? So I wanted
7  to have an exhibit on it.
8  Q.  Okay. So one way or another,
9  either with a multiple comparison test or
10 without, you found November 17 and November 14
11 not to be a statistically significant return
12 date?
13 A.  Correct.
14 Q.  And one way or another, Professor
15 Weil did?
16 A.  Yes.
17 Q.  Now, if we look at your page 28.
18 A.  Yes.
19 Q.  This includes the excess return for
20 these four dates one of which, November 4, 1997,
21 you excluded as being not related to this case?
22 A.  Correct.
23 Q.  Can you add those remaining three
24 numbers up?
25 A.  Sure. 7.54 negative excess return.

**Page 63**

1  Q.  Okay. And without adjusting for
2  confounding factors, that is the inflation of
3  the stock price or issues you found related to
4  this case?
5  A.  Arguably related, yes.
6  Q.  Do you recall what Prof. Weil's
7  number was?
8  A.  No, I don't.
9  Q.  Why don't you take a look at his
10 report, Exhibit 1472, sort of in the middle.
11 A.  Yes.
12 Q.  I think you'll find $7.98.
13 A.  Yes, that's correct.
14 Q.  Now, Professor Weil does not do
15 anything with respect to what you referred to as
16 the confounding factors; is that right?
17 A.  Yes.
18 Q.  But all of the statistical matters
19 independent of trying to adjust for confounding
20 factors, he gets $7.98 as the excess return due
21 to issues related in this case and you get
22 $7.54?
23 A.  Yes.
24 Q.  In my experience, that is
25 reasonably close for competing experts.

**Page 64**

1  A.  I would agree with that.
2  MR. WORLAND: Why don't we take a
3  short break and see if we can get copies of one
4  exhibit plus some water.
5  (A recess was taken.)
6  THE VIDEO OPERATOR: We are back on
7  the record. It is 10:37. This is tape No. 2.
8  BY MR. WORLAND:
9  Q.  Where we left off, we were
10 comparing the $7.54 that you calculated from
11 your report to the $7.98 in Prof. Weil's report
12 and those -- neither of those numbers adjust for
13 confounding factors; is that right?
14 A.  That's correct.
15 Q.  Okay. Now, if we look at your
16 report and we flip to the next page, 29, there
17 is another table there and it says "Excess
18 return after adjustments for confounding
19 factors."
20 A.  Yes, that's correct.
21 Q.  Is that right?
22 A.  Yes.
23 Q.  Now, we didn't lose November 4 from
24 the prior table because of confounding factors,
25 did we?

**Page 65**

1  A.  Well, if I hadn't done the
2  adjustment as sort of described in paragraph 80,
3  then I might have kept November 4 in because I
4  think the $5.49 is an overestimate.
5  Q.  Okay. Let's -- I think I know what
6  you mean. In the table on 29 you have $3.09 for
7  October 10 which is the same number as the table
8  on 28?
9  A.  Yes.
10 Q.  And you have $1.04 for the February
11 24 announcement in both tables?
12 A.  Yes.
13 Q.  But you have a different number for
14 October 29 in the two tables?
15 A.  Yes.
16 Q.  And the table on 29 you got a
17 different number because of an adjustment
18 described in paragraph 80?
19 A.  Yes.
20 Q.  But if you hadn't done the
21 adjustment in paragraph 80, you might have
22 included November 4 as an offset for confounding
23 factors?
24 A.  Yes, that's correct.
25 Q.  Now, why did you feel it necessary

**Page 66**

1  to make an adjustment for what you describe as a
2  confounding factor? First of all, what did you
3  mean by a confounding factor?
4      A.  In this instance, the primary news
5  on the 29th that affected the stock price on the
6  30th was the departure of Mr. LeMay. That was a
7  surprise announcement. Typically, the surprise
8  announcement of a senior executive in a firm
9  causes a negative price reaction. The reasons
10 why it causes a negative price reaction go
11 primarily to the underlying fundamentals of the
12 stock price rather than accounting issues. In
13 this instance, the stock market had impounded
14 the -- Mr. LeMay was going to benefit the
15 company through modernizing the company to some
16 extent -- cutting costs, perhaps selling off
17 less profitable operations, improving the
18 marketing. Areas that were in the long run
19 going to increase margins and potentially lead
20 to revenue growth in Waste Management's core
21 areas.
22     The resignation meant that those
23 initiatives would be set back. Typically a firm
24 will not make truly major changes until he gets
25 a permanent CEO because they want the CEO to be

**Page 67**

1  comfortable with the strategic direction that
2  the firm is going. So there was -- this sent a
3  signal to the market that the restructuring
4  effort which had been considered to be
5  beneficial was going to be set back and that
6  caused at least a substantial part of the price
7  drop.
8      Q.  Is the term confounding factor, is
9  that a term that is in the scholarly literature?
10     A.  It is a term that is used in
11 classical statistics where if you are trying to
12 determine the effect of a treatment on a
13 variable, there is another factor in addition to
14 the treatment that may be affecting the variable
15 and that other factor then would be called a
16 confounding factor.
17     Q.  Okay. So it is a term of technical
18 significance in traditional statistics?
19     A.  Yes.
20     Q.  Now, you said typically when a CEO
21 leaves, that has a negative effect on the stock
22 market price?
23     A.  Yes. Unexpectedly. Not
24 necessarily all the time. It could be an
25 unpopular CEO, but most of the time when a CEO

**Page 68**

1  or other very important executive leaves
2  unexpectedly, then the stock price will react
3  negatively.
4      Q.  And are there scholarly studies
5  that link that?
6      A.  I'm not sure if there are scholarly
7  studies, but we have looked at it on occasion,
8  not necessarily in this particular context, but
9  we have looked at it.
10     Q.  Who is we?
11     A.  NERA.
12     Q.  That is something you could do an
13 event study for, right?
14     A.  That's right. If you -- if you
15 found a sample of firms for which there was an
16 event like an unexpected CEO departure or
17 sometimes the CEO becomes incapacitated
18 unexpectedly, then if you had a big enough
19 sample, you can determine what the expected
20 stock price effect is within certain bounds of
21 confidence.
22     Q.  Okay. So you could -- so let's use
23 the market model we have described in your study
24 as an example. You could do that for more than
25 one company and look at the effect of an event

**Page 69**

1  involving an unexpected turnover at the CEO
2  spot?
3      A.  Yes.
4      Q.  How would you aggregate those
5  various effects?
6      A.  You mean -- not the various
7  effects, you mean the various observations?
8      Q.  Yes. Let's say you have ten
9  companies.
10     A.  Yes.
11     Q.  And there is a -- and each of them
12 features the death or firing or unexpected
13 resignation of a CEO.
14     A.  Yes.
15     Q.  And you calculate whether there is
16 an excess return negative or positive with
17 respect to each of those companies. In some
18 cases, it might be not statistically
19 significant, in some cases it might be positive,
20 in some cases it might be negative. How would
21 you group those together to assess whether or
22 not the phenomenon of an unexpected departure of
23 a CEO was a statistically expected significant
24 event?
25     A.  If you did an event study of the

**Page 70**

1  type that we have done, then you create an
2  average of the excess return across all of the
3  observations, all of the firms that would be --
4  that would comprise your set of event studies
5  and then you compute a test of statistical
6  significance on that average. That would be the
7  typical approach.
8      Q.   Now, has NERA done that to your
9  knowledge?
10     A.   I think we did that 12, 13 years
11 ago when we were looking at the effects of bank
12 presidents leaving. It is certainly within our
13 capability.
14     Q.   Were you involved in that at all?
15     A.   Yes, I was.
16     Q.   And in that case you found a
17 statistically significant negative effect
18 associated -- negative stock price effect
19 associated with an unexpected CEO removal?
20     A.   Yes.
21     Q.   Other than the NERA study, are you
22 familiar with any academic studies which I could
23 find in the public literature that would assess
24 the same effect?
25     A.   I'm not aware of any, but it

**Page 71**

1  wouldn't surprise me with such studies.
2      Q.   It sounds like a Ph.D. dissertation
3  to me.
4      A.   It does to me also.
5      Q.   But other than this one experience
6  that you have related to NERA, when you said you
7  thought it was typical that a CEO's resigning
8  abruptly would cause a negative stock market
9  price, do you have anything else that supports
10 that conclusion?
11     A.   No, just my own experience. I
12 wouldn't rely on that for testimony. It is just
13 a -- that I have found that in a prior study.
14     Q.   Would there be a copy of that still
15 around somewhere?
16     A.   No. Well, there may be. And I may
17 have testified to it in deposition at one point.
18 I would have to try to track that down.
19     Q.   Okay.
20     A.   And see if we could get
21 permission -- permission to reveal it.
22     Q.   Okay. I'll talk to Jonathan about
23 that.
24         Do you know what the effect on the stock
25 price of Waste Management was when Mr. LeMay's

**Page 72**

1  appointment was announced?
2      A.   Oh, the effect on the stock price I
3  don't think was that large. But the post effect
4  commentary tended to be quite positive.
5      Q.   I'm trying to think, do you have
6  any sense of what the impact of a CFO, chief
7  financial officer, leaving abruptly is on the
8  stock price of a company?
9      A.   No, but it wouldn't surprise me if
10 unexpected CFO leavings are also important to
11 companies. Same thing with the chief operating
12 officer.
13     Q.   But in the case of the CFO, that is
14 more likely to be affected by the accounting
15 rather than the operations of the company; is
16 that correct?
17     A.   I don't understand your question.
18     Q.   I'll try it again. Well, if you
19 had an isolated event where only the CFO was
20 fired, would that convey information to the
21 public that there was something wrong with the
22 accounting of the company potentially?
23     A.   It might convey that there is a
24 risk that there is something wrong. But without
25 more, it just remains a risk.

**Page 73**

1      Q.   That's true of the CEO as well?
2      A.   Yes.
3      Q.   Are you aware of the turnover in
4  the CEO position at Waste Management
5  during '96-97?
6      A.   Yes.
7      Q.   So you know Mr. Buntrock retired in
8  February of '97?
9      A.   Yes.
10     Q.   Mr. Koenig was moved aside from the
11 CFO position in February of '97?
12     A.   Yes.
13     Q.   Mr. Sanford was appointed?
14     A.   Yes.
15     Q.   Mr. LeMay came in in July of '97?
16     A.   Yes.
17     Q.   And then in October, October 29,
18 Mr. LeMay, Mr. Sanford resigned from the CEO and
19 CFO positions?
20     A.   Yes.
21     Q.   And Mr. Koenig also left whatever
22 his then current position was and left the
23 company entirely?
24     A.   Yes, I think he was something like
25 officer in charge of staffing or something like

**Page 74**

1  that.
2  Q. Now, did you attempt to assess the
3  effect on the stock price of any of those prior
4  CEO changes?
5  A. No.
6  Q. That would be Buntrock to Rooney,
7  Rooney back to Buntrock, Buntrock to LeMay,
8  three different ones.
9  A. That's right. I did not attempt to
10 assess those effects.
11 Q. Now, let's look a little bit at
12 November 4, 1997 which was a positive excess
13 return date; is that right?
14 A. Yes.
15 Q. And you considered that as
16 something you might use to offset the
17 confounding factor if you didn't do it the way
18 you did it in paragraph 80?
19 A. Yes.
20 Q. What happened on November 4, 1997?
21 A. Two outside directors were
22 announced for the board.
23 Q. Do you recall who they were?
24 A. Rod Hills and Jeffrey Pope and
25 Mr. Pope, I may have his first name wrong.

**Page 75**

1  Q. And why would that be viewed as a
2  positive factor by the stock market?
3  A. There was some speculation, perhaps
4  some more informed than others, as to the
5  reasons that Mr. Buntrock left. Among those --
6  Q. Mr. Buntrock?
7  A. I'm sorry, Mr. LeMay left. Thank
8  you. Among the -- among the potential reasons
9  was that there were too many of the old guard on
10 the board and possibly in management, that might
11 have been making Mr. LeMay's task of
12 restructuring more difficult than it otherwise
13 would have been. The addition of outside
14 directors was believed to be a change in the
15 right direction which would clear the path of
16 this resistance by the old guard to what was
17 viewed as the necessary restructuring that the
18 company needed.
19 Q. Anything else?
20 A. That's primarily it.
21 Q. In the course of doing your work
22 for this report, did you come across any
23 evidence indicating that anybody thought that
24 Mr. LeMay and Mr. Sanford and Mr. Koenig's
25 leaving might have been due to accounting

**Page 76**

1  problems?
2  A. I don't think I saw much commentary
3  at all about Mr. Sanford and Mr. Koenig.
4  Q. Did you see much commentary about
5  Mr. LeMay's leaving?
6  A. There is a lot of commentary about
7  Mr. LeMay's leaving and different people had
8  different lists of factors including his
9  personal life, where he wanted to live, what
10 industry he wanted to be associated with and
11 one -- and on occasion somebody would mention
12 such issues as potential landfill accruals, --
13 landfill accruals.
14 Q. Which is an accounting issue?
15 A. Which is an accounting issue, a
16 specific accounting issue that they felt
17 might -- might be also part of the mix.
18 Q. Did you become aware during your
19 work on this that in November of 1997 Goldman
20 Sachs conducted a conference with respect to
21 accounting issues in the waste management
22 industry?
23 A. I don't recall it.
24 Q. Did you become aware in the course
25 of your research as to when the SEC opened their

**Page 77**

1  initial investigation in this case?
2  A. I don't know when the initial
3  investigation was opened, but I know that in --
4  the SEC requested and Waste Management
5  acquiesced to certain filings in January.
6  Q. Okay. You never heard that the SEC
7  opened, what do we call these things, matter
8  under investigation on October 31, 1997 with
9  respect to Waste Management?
10 A. I actually don't recall any public
11 disclosure, no.
12 Q. Well, independent of public
13 disclosure, did you subsequently learn that at
14 all?
15 A. This is the first I've heard of it,
16 actually.
17 Q. Do you know what explanation
18 Mr. LeMay gave for leaving the company?
19 A. My understanding is at the time,
20 the public things that I have read is that he
21 refused to talk about it.
22 Q. Did you know what explanation he
23 gave for leaving the company in the course of
24 his deposition in this case?
25 A. No.