# DECLARATION OF ROBERT W. POMMER III

# EXHIBIT 11.

78

1  Q.   Do you know what explanation
2  Mr. Sanford gave for leaving the company in the
3  course of his deposition in this case?
4  A.   No.
5  Q.   I don't know how this works, but
6  this is kind of a question of logic. It may be
7  one confounding factors one layer deeper. If in
8  fact Mr. LeMay and Mr. Sanford both left the
9  company because they could not find a bottom to
10 the accounting problems they were looking at,
11 would that affect your opinion at all?
12 A.   I don't believe so.
13 Q.   So in terms of assigning weight to
14 the October 30 announcement or the October 29
15 announcement depending upon how you measure it
16 and assigning responsibility to the accounting
17 even if Mr. LeMay and Mr. Sanford said they both
18 left because of the accounting, that would not
19 alter your opinion?
20 A.   I am not saying my opinion is
21 unalterable. What I am saying is that what I am
22 dealing with is the public information that was
23 being impounded in the stock price over this
24 time period and that admission alone doesn't
25 shed any more light on what was in the stock

79

1  price in the October time period.
2  Q.   Okay. Was there any event
3  subsequent to February 24, 1998 that you found
4  statistically significant?
5  A.   We may have. I just can't remember
6  at this point.
7  Q.   So if we take the period from
8  October 9 through February 25, do you know what
9  the total effect on the stock price was of all
10 of the announcements that came in between?
11 A.   Both potentially accounting-related
12 and others?
13 Q.   Yes.
14 A.   No, I haven't done those sums.
15 Q.   Let's turn to paragraph 80 in the
16 report and I guess we have to look at paragraph
17 77 as well. I am interested in how you
18 attributed 21 percent of the October 29, 1997
19 price drop to accounting and 79 percent to
20 non-accounting related issues, what the thought
21 process was on that.
22 A.   Yes. The first part was to try to
23 relate the price drop to earnings per share
24 forecasts by -- by the analyst. So if I could
25 try to figure out that part of the earnings per

80

1  share forecast that was due to accounting versus
2  that part of the earnings per share forecast
3  that was due to other factors such as lower
4  margins expected in the future or higher capital
5  expenditures, whatever it is that would cause
6  the financials to be worse as a result of the
7  October 29 announcement, then I would take the
8  split in that explanation of the earnings per
9  share forecast and split the price drop pro
10 rata. So in my case, I say that 1998 earnings
11 per share forecasts are potentially due 21
12 percent to revisions and expectations related to
13 accounting and 79 percent due to revisions due
14 to whatever else goes in to the models that
15 forecast earnings per share. So the question
16 then was how do I create that fraction? How do
17 I create the 21-79 split.
18     As I was reading the analyst reports, it
19 became apparent that the majority of the
20 analysts were forecasting 1998 as a function of
21 1997. This doesn't happen in all industries in
22 all firms, but it just happened to be what they
23 were doing here. And they would take 1997
24 earnings, break them down into cash flow
25 components taking out depreciation, for example,

81

1  putting in capital expenditures and doing
2  whatever it would take for them to get to
3  operating cash flow.
4       So what I found was that the
5  adjustments that they made to the 1997 earnings
6  to get to 1998 were all cash-related items. The
7  adjustment had nothing to do with accounting, a
8  change in accounting between '97 and '98. What
9  they had done was they had adjusted the '97
10 earnings already for what they call base
11 earnings. That is to say, what would happen if
12 the third quarter '96 adjustment that they had
13 gotten a grip on applied to all of '97. So
14 between -- I should say the difference in the
15 1997 earnings per share forecast before October
16 29 versus after October 30, I assumed related
17 all to changing views on what the accounting was
18 going to be for '97. In other words, there was
19 a decline in the '97 estimate of earnings per
20 share between before and after and '97 was
21 almost finished at that point. It was certainly
22 three-fourths of the way through and those
23 adjustments were a test to get at the base and
24 getting at the base meant adjusting for
25 accounting issues.

Page 82

1   So then there was also an adjustment in
2   the forecasts in 1998. That adjustment was in
3   part the lower base from 1997 which was due to
4   the -- attributed to the accounting issues plus
5   adjustments to these other factors. What were
6   the delay in head count reductions or delay in
7   other -- in other issues that would have
8   affected earnings? That meant that I could take
9   that part of the 1998 forecast that was due to
10  the reduced 1997 earnings and say that that was
11  accounting-related where all the rest of it was
12  due to the other things that they were putting
13  into their models. Some of this I had help with
14  because there is a Goldman Sachs model that
15  comes out, I think on November 19 where I kind
16  of show how those -- how those numbers were
17  built up.
18      It turns out that there was a 15
19  percent -- average 15 cent drop in 1998 expected
20  earnings per share and a 3.2 percent lowering of
21  the base because that was the drop in expected
22  1997 earnings. So the 3.2 percent -- I'm sorry,
23  the 3.2 cents is 21 percent of the 15 cent drop
24  in the 1998 earnings.
25      Let me put it another way. If they hadn't

Page 83

1   dropped the base for 1997, then the expected
2   earnings in 1998 would be closer to 12 cents per
3   share than 15 cents per share, but they
4   simultaneously dropped the 1997 expected
5   earnings which meant that they had to drop even
6   if nothing else changed, the 1998 earnings by 3
7   percent. But other things were also changing
8   and that explains the rest of the 15 cent drop.
9       Q.  Okay. I am going to have to break
10  this down.
11      MR. QUINN: Astonishing.
12  BY MR. WORLAND:
13      Q.  You can imagine reading paragraph
14  77 and paragraph 80, the question is where did
15  the 21 come from?
16      MR. QUINN: Here I thought I was
17  going to make the noon flight.
18      MR. WORLAND: No such luck.
19  BY MR. WORLAND:
20      Q.  At the beginning of 1997 analysts
21  project earnings per share for Waste Management;
22  is that our starting point?
23      A.  Well, we are looking at basically
24  as of October 28, there is -- there is a
25  consensus forecast of '97 earnings.

Page 84

1       Q.  Do you know if that changed between
2   October 10 and October 28?
3       A.  Between October 10 and October 28?
4       Q.  Yes.
5       A.  I would imagine it did, but I
6   haven't got a measure of that. I'm only looking
7   at before and after the announcement on the
8   29th.
9       Q.  Let me ask the background questions
10  here. Are you aware of whether or not earnings
11  per share estimates by analysts had been
12  declining throughout 1997 before October 28?
13      A.  Let's look at 1998 earnings per
14  share, okay? Because I think on October 10, the
15  company withdrew guidance on '98 and the
16  consensus as I recall the stories were that the
17  consensus earnings per share were around 2.05
18  for 1998. After October 10, they reduced, okay?
19  I am not so certain that earnings per share were
20  declining significantly prior to October 10. I
21  do know that EBITDA and cash flow forecasts were
22  pretty continuous throughout this period and
23  didn't really change.
24      Q.  Okay. So you know that between
25  October 10 and October 28, 1998 earnings per

Page 85

1   share estimates declined?
2       A.  Well, let's say the day before
3   October 10.
4       Q.  Right.
5       A.  Because the announcement is October
6   10.
7       Q.  Right.
8       A.  But yes, between October 9 and
9   October 28, earnings per share estimates
10  declined.
11      Q.  For 1998?
12      A.  For 1998. I have to assume they
13  declined also for '97.
14      Q.  But for '97, you don't actually
15  know?
16      A.  I don't know the amount. I do
17  believe they declined because what they -- what
18  the company came up with and what they described
19  in more detail on October 22 was that they are
20  basically changing the way that they are doing
21  the accounting and that change in the way they
22  are doing the accounting would cause a decline
23  in earnings, in reported earnings, and so that
24  by removing one of the current factors. And so
25  that by itself would cause a decline in

```
                                                          86
1   estimated earnings per share.
2       Q.  Okay. So we get to October 28.
3   And there are earnings per share estimates for
4   1997 and earnings per share estimates for 1998?
5       A.  Yes. Those are actually in an
6   exhibit if you want to refer to that.
7       Q.  What exhibit is that?
8       A.  34.
9       Q.  Okay. Now, when you say before,
10  looking at Exhibit 34, when you say before
11  10/29/97, you mean as of 10/28?
12      A.  Yes. We show what goes into that
13  calculation on the next page.
14      Q.  And after 10/29/97, does that mean
15  October 30 or did we go forward with
16  adjustments?
17      A.  Well, it's the averages that go
18  into that go through November 5. That really
19  what it does is it takes account of the first
20  report after October 29 for each analyst.
21      Q.  Now, a couple of these analysts
22  revised their earnings per share estimates down
23  on November 4; is that correct?
24      A.  Yes, that's when the report comes
25  out.
```

```
                                                          87
1       Q.  Pardon me?
2       A.  Yes.
3       Q.  Now, there was an announcement on
4   November 4 about new members of the board,
5   correct?
6       A.  Yes.
7       Q.  And you attributed that to be a
8   positive effect on the potential operations of
9   the company?
10      A.  Yes.
11      Q.  Would it be fair to say that at
12  least those two analysts who revised their
13  estimates down did not view it the same way as
14  you?
15      A.  I think it was -- what they are
16  trying to get a grip on --
17          MR. QUINN: I'm going to object to
18  the question insofar as it contains an
19  inaccurate characterization. You may answer.
20          THE WITNESS: Okay.
21          MR. WORLAND: Wait a minute, could
22  I have the question back, please.
23          MR. QUINN: Jack, I don't mean to
24  be mysterious, but the announcement came out
25  after the market closed on the fourth and these
```

```
                                                          88
1   analyst reports if they are dated the fourth
2   obviously were generated during the day on the
3   fourth.
4           MR. WORLAND: Could I have the
5   question back, please.
6           (Requested portion of record read.)
7           MR. QUINN: My objection is that
8   there is no evidence which analysts you were
9   referring to when you say those analysts had any
10  indication -- had seen the news that we are now
11  talking about.
12  BY MR. WORLAND:
13      Q.  Okay, let me do it this way: For
14  an event to have an impact on the stock market
15  price, the stock market has to be open after the
16  announcement of that event, correct?
17      A.  There has to be trading after that
18  event.
19      Q.  Right.
20      A.  Yes. It doesn't have to be on an
21  exchange, but there really should be trading
22  after an event.
23      Q.  You are really not going to find
24  a stock price effect unless the stock price
25  changes and that requires trading?
```

```
                                                          89
1       A.  For a market price, that requires
2   trading, yes.
3       Q.  When you list November 4 as the
4   event date on page I guess it's 28, is that a
5   stock price effect that took place on November
6   4?
7       A.  Yes.
8       Q.  Was that during the trading day?
9       A.  We don't know exactly when it
10  opened lower or if it -- if it went down during
11  the day, but what we see here is that the stock
12  price closed at 23.75 on the third and then
13  closed at 25 on the fourth.
14      Q.  Okay. Do you have any reason to
15  believe that announcement was made after the
16  trading was closed?
17      A.  I would have to look at a
18  chronology in order to answer that for sure, but
19  I don't see why we would compute it for the
20  fourth if it was.
21      Q.  After the close of trading because
22  then the effect would be on the fifth?
23      A.  We would -- we would expect to look
24  at close versus close prices on the fourth
25  versus the fifth rather than the third versus
```

## Page 90

1   the fourth.
2   Q.   So we have a price effect on the
3   fourth due to this announcement concerning the
4   two new directors, right?
5   A.   That seems to be the case.
6   Q.   Yes. And we have a change in
7   earnings per share estimates for at least two
8   brokerage houses announced on November 4
9   assuming your Exhibit 34 is correct?
10  A.   Well, one is on the fourth and the
11  other is on the fifth but that's correct.
12  Q.   Okay. Well, I'm looking at Credit
13  Suisse.
14  A.   Yes.
15  Q.   Which goes from $1.50 to $1.45 on
16  the fourth.
17  A.   Yes.
18  Q.   And then I'm looking -- it looks
19  like -- I guess it's just Credit Suisse. The
20  first page is '97 estimates and the second page
21  is '98 estimates?
22  A.   Yes.
23  Q.   And the '98 estimate goes from a
24  $1.80 to $1.50?
25  A.   Yes.

## Page 91

1   Q.   So at least that one analyst,
2   whoever he or she is, independent of the market
3   reaction, stock market price reaction to the
4   announcement of the two new directors, she
5   didn't view that as a particularly favorable
6   management event for the future?
7   A.   I would have to read that
8   individual report in order to come up with what
9   they believed.
10  Q.   Okay. Well, let's look at the
11  first page of Exhibit 34 just so I know where
12  the 21 percent came from. Mathematically, can
13  you explain to me where the 21 cents comes just
14  looking at the first page of Exhibit 34?
15  A.   It is 21 percent, actually. And it
16  is .15 divided into .032.
17  Q.   So it is the ratio of the change in
18  the earnings per share estimate for '97 divided
19  by the change in earnings per share estimate
20  for '98?
21  A.   Yes.
22  Q.   And these are average earnings per
23  share estimates of the people whose analysis you
24  looked at?
25  A.   Yes.

## Page 92

1   Q.   This is a first call number or
2   something like that?
3   A.   No. We find the first call numbers
4   sometimes have inconsistencies and errors in
5   them.
6   Q.   So you went to the original analyst
7   reports, got their earnings per share estimates,
8   tracked the changes and came up with averages?
9   A.   Yes, for the records that we have.
10  Q.   And then you multiplied that ratio,
11  that 21 percent times the unadjusted excess
12  return, for October 29?
13  A.   Correct.
14  Q.   And the rationale for that was
15  what?
16  A.   What the analysts do is they build
17  up the 1998 earnings per share from the 1997
18  earnings per share and the buildup doesn't have
19  anything to do with accounting. The buildups
20  that we observe are all cash -- cash items
21  related. This doesn't have it. If you were to,
22  for example, go to the Goldman Sachs November
23  1997 report where they determine their estimate
24  of 1998 income, they start with an estimate of
25  1997 income of $680 million and then they add to

## Page 93

1   that, add and subtract to that what they think
2   are going to be some of the cash expenditures or
3   increase -- decrease in costs, whatever it takes
4   or whatever they have put in to get from the
5   $680 million to the $740 million. So the
6   difference between the 1997 earnings per share
7   and the 1998 earnings per share are due to cash
8   items, not due to anything having to do with
9   accounting.
10       But we observed that the 1998
11  earnings per share dropped by 15 percent -- by
12  15 cents. That is, that the expected earnings
13  per share before October 29 dropped 15 cents
14  after October 29. Some of that is due to the
15  decline in the earnings per share for 1997. So
16  before October 29, Goldman Sachs' view of the
17  earnings per share for 1997 would have been that
18  income was higher, their expectation was that
19  income would have been higher than $680 million.
20  But they reduced their base and that by itself
21  would have caused 1998 earnings per share to go
22  down.
23  Q.   I think I understand building on a
24  base. You would expect earnings to be a dollar
25  in 1997 and you project a 10 percent growth

**Page 94**

1  rate, so you expect earnings per share to be
2  $1.10 in 1998.
3      A.   Okay.
4      Q.   And if you drop it to 90 cents for
5  1997, it is going to be 99 cents in 1998
6  assuming you have the same growth potential?
7      A.   Yes. You are using percents, I'm
8  using actual dollars, but the principle is the
9  same.
10     Q.   I understand that, but I have a
11 feeling that all you've done with this analysis
12 is change the question without giving an answer.
13 You have a decline in earnings per share
14 estimates after October 29?
15     A.   Yes.
16     Q.   The question is what percentage OF
17 that IS attributable to accounting and what
18 percentage of that is attributable to managerial
19 uncertainty or managerial change?
20     A.   Right.
21     Q.   How does what you describe
22 distinguish between the two?
23     A.   I assume that all of the 1997
24 decline is due to accounting.
25     Q.   And that is because there is only

**Page 95**

1  two months left in the year?
2      A.   Yes.
3      Q.   And you assume that none of the
4  decline in earnings per share to 1998 was
5  attributable to accounting other than what was
6  attributable in 1997?
7      A.   Well, you can call it an
8  assumption, but actually I went deep into the
9  analyst reports to find out how they were
10 building up their 1998 projection, so it is
11 really the result of an analysis of like the
12 Goldman Sachs buildup, the Merrill buildup.
13 Perhaps Morgan Grenfell, some of the analyst
14 reports provided some insights into their model.
15     Q.   Well, wasn't there -- strike the
16 question.
17     Were there not public announcements at
18 some point beginning as early as October 30
19 during the course of 1997 that the company
20 intended to adopt more conservative accounting
21 policies going forward?
22     A.   Well, yes. In fact, I think you
23 could -- I think there were analysts who were
24 saying that there were going to be charges as
25 early as October 3. That what the analysts were

**Page 96**

1  saying is there is new management, they are
2  going to -- they are going to have an
3  opportunity to take the charges and the sort of
4  thing that they need and for all intents and
5  purposes, charges and restatements pretty much
6  do the same thing in their view, in the
7  analyst's view and then the -- going to
8  conservative accounting is implied by the
9  October 10 announcement.
10     Q.   Now, I think you testified that
11 when you looked at this, there weren't any
12 changes in analyst estimates of cash flow during
13 at least the October 10 through October --
14 through -- strike the question. In doing your
15 analysis to come up with the 21 percent, did you
16 notice whether or not the analysts had changed
17 their estimates of cash flow during October or
18 November of 1997?
19     A.   Well, that is actually kind of a
20 complicated subject because different analysts
21 have different definitions of cash flow and
22 apparently Waste Management had its own
23 definition of cash flow. I think what is true
24 is that most analysts believed that EBITDA was
25 going to be in the $2.5 billion range,

**Page 97**

1  '96, '97, '98. Some may have been $100 million
2  higher of that.
3      Most analysts also believed that
4  operating cash flow would be -- could be
5  affected by things like the LeMay resignation
6  but that the accounting itself wasn't going to
7  affect operating cash flow or in the alternative
8  that the effect was going to be insignificant.
9      There is a concept of what is
10 called free cash flow and free cash flow is
11 something that different people have different
12 definitions of. You might include dividends or
13 you might not. You might include share
14 repurchase or you might not. There are some
15 non-comparabilities and I think the one thing
16 that goes up and down in analyzing free cash
17 flow are different assessments of acquisitions
18 and dispositions and different assessments of
19 capital expenditures. Some of those items do
20 change over this time period
21     Q.   Do you know if they went up or they
22 went down?
23     A.   I think the tendency was for cap ex
24 to go up and with regard to dispositions and --
25 with regard to selling off assets or share

**Page 98**

1  repurchases, most of the differences had to do
2  with timing, but cap ex expectations were going
3  up over this time period, especially related to
4  Miller's announcement of a new fleet management
5  initiative.
6     Q.   But at least when you did your
7  analysis of the confounding effect for October 2
8  or 30 depending upon which day you measure it
9  on, that announcement concerning Mr. LeMay, you
10 relied on this ratio of earnings per share
11 for '97 and '98?
12    A.   Correct.
13    Q.   And the fundamental assumption is
14 that '97 earnings per share were only changing
15 due to accounting?
16    A.   Yes.
17    Q.   And by this confounding effect, you
18 go from $7.54 down to $3.22?
19    A.   That sounds right. Yes.
20    Q.   And did you consider any other way
21 of measuring the confounding effect other than I
22 think you've mentioned perhaps using November 4
23 as an offset and doing this ratio of '97
24 earnings to '98 earnings?
25    A.   I'm sure I did. I spent a lot of

**Page 99**

1  time scouring the analyst reports trying to find
2  ways to parse the decline, looking for how
3  they -- how they were coming up with their
4  estimates to see if they were changing. You see
5  if they themselves were breaking down the
6  estimates into various components. This was
7  about the only way that I found using the
8  analyst reports.
9     Q.   Okay. And looking at it a
10 different way there is twelve cents of 1998
11 earnings per share decline that you attribute to
12 managerial uncertainty or problems that will not
13 be cured in 1998?
14    A.   Or -- they could be cured in 1998,
15 but the expectation is there is going to be a
16 cash impact in 1998 because of the delays.
17    Q.   So the company is going to generate
18 twelve cents per share less in earnings because
19 relative to what they thought was going to
20 happen in 1998, they think it's going to get
21 worse in 1998?
22    A.   Less marketing, higher expenses
23 because costs aren't going to be cut as much.
24 Whatever it was that LeMay was going to be doing
25 to improve the prospects of the firm.

**Page 100**

1     Q.   Okay. So your underlying
2  assumption is that the market through these
3  investment analysts were expecting LeMay to do
4  certain things that were going to improve
5  profits in 1998 that would not be done because
6  he resigned?
7     A.   Would not be done because he
8  resigned or he found out they were going to be
9  too difficult to be done. And so the belief is
10 then that it is going to be more years are going
11 to need to be taken even with a new guy to get
12 them done. I think there were two different
13 surmises, that he uncovered structural problems
14 that were more difficult than he had originally
15 anticipated in terms of getting measures to
16 scale, reducing the work force. Whatever it was
17 going to take to reduce costs.
18    Q.   Do you know in fact what happened
19 in 1998?
20    A.   Well, I know that the firm was
21 acquired.
22    Q.   Is there -- okay. Using either the
23 $3.22 or the $7.54 number, do you have any idea
24 how big the total market value impact on Waste
25 Management was? Have you ever done the

**Page 101**

1  arithmetic to multiply those numbers times the
2  number of shares is basically what I am asking?
3     A.   Well, there is about 450 million
4  shares outstanding, so do the multiplication.
5     Q.   Using 450 million and the $3.22
6  excess return after adjusting for confounding
7  factors, what do you get?
8     A.   Say $1.45 billion.
9     Q.   Now, you've worked on other cases?
10    A.   Yes.
11    Q.   Involving measuring if not
12 disgorgement, damages?
13    A.   Yes.
14    Q.   Is that $1.45 million --
15    A.   Billion.
16    Q.   Billion. That $1.45 billion, is
17 that a rough number for how you would calculate
18 damages if someone had bought before -- if all
19 the shareholders had bought before the fraud and
20 held them through the fraud, would that be a
21 rough number of the effect of their damages?
22    A.   Well, if it was a section 11 claim
23 or a section 12 claim, that would be where you
24 would get to for a 10(b)5, you have well,
25 actually no. Because the 3.22 is not the

### Page 102

1 inflation in the share at the time of purchase.
2    Q.   I understand that. But my question
3 was assuming all the shareholders bought before
4 the fraud commenced and held through the end of
5 the fraud. No, excuse me. That doesn't work at
6 all.
7    A.   That would only be true if they
8 bought the day before.
9    Q.   Right.
10   A.   And then held.
11   Q.   We are going to get to how you go
12 back through time because you did that exercise,
13 correct?
14   A.   Yes.
15   Q.   But the total impact, the
16 cumulative of these announcements was $1.45
17 billion roughly?
18   A.   That is the estimate, yes.
19   Q.   And that is making the adjustment
20 for the confounding factors?
21   A.   Yes.
22   Q.   Have you worked on other cases
23 where such calculations were made?
24   A.   Not very often by me, but you
25 read -- I mean, you read those stock market

### Page 103

1 impacts in the materials that you would
2 typically look at when you work on these cases.
3    Q.   Even adjusting for the confounding
4 factors, have you ever had a case over a billion
5 dollars?
6    A.   Oh, sure.
7    Q.   Which ones?
8    A.   Cendant, WorldCom, Enron.
9    Q.   You've worked on all of those?
10   A.   Yes. Any of the -- almost any of
11 the cases that came out of the stock market
12 bubble, the capitalizations drops were over a
13 billion dollars. Cisco was $80 billion.
14   Q.   So you have got Cisco?
15   A.   I didn't work on Cisco. I haven't
16 worked on Cisco, I've just read that.
17   Q.   But you've done work on Enron?
18   A.   Yes.
19   Q.   And WorldCom?
20   A.   Yes.
21   Q.   Cendant?
22   A.   Yes.
23   Q.   Were you involved in the criminal
24 cases or the civil cases?
25   A.   Only in the civil cases in all of

### Page 104

1 these.
2    Q.   And they all had billion dollar
3 plus market value drops?
4    A.   Yes. Dynegy had a billion plus
5 market drop.
6    Q.   Before we got to calendar year
7 2000, had you ever worked on a case that had
8 that multiple magnitude?
9    A.   Cendant was before 2000.
10   Q.   For whom do you work in Cendant?
11   A.   The company, new management, not
12 old management.
13   Q.   For whom did you work in Enron?
14   A.   That is -- for whom I worked in
15 Enron is private, but it is known that another
16 part of our firm in which I'm not -- for which
17 there is a firewall between me and them is
18 working for the independent directors.
19   Q.   The independent directors who were
20 there before the fraud was made public?
21   A.   Yes.
22   Q.   And you're working for a separate
23 individual whose identity is at an undisclosed
24 location?
25   A.   Separate entities who are

### Page 105

1 defendants both in the securities litigation and
2 in the what is called the mega case. The
3 Sussman complaint.
4    Q.   For whom did you work in WorldCom?
5    A.   Banks.
6    Q.   Investment banks?
7    A.   All the investment banks except for
8 Citibank.
9    Q.   And for whom did you work -- did
10 you work on Dynegy?
11   A.   Yes.
12   Q.   For whom did you work in that?
13   A.   Dynegy.
14   Q.   Did we leave somebody out? Cisco.
15 Did you work on Cisco?
16   A.   No.
17   Q.   So basically, Enron and Dynegy are
18 energy companies? God knows what Enron really
19 was, but purported to be energy companies?
20   A.   Yes.
21   Q.   And you were working for either the
22 company or other defendants in those cases?
23   A.   Yes.
24   Q.   And WorldCom is a
25 telecommunications company?

### Page 106

1  A. Yes.
2  Q. And you are working for the
3  independent directors who are defendants in
4  those cases?
5  A. No, I was working for all the banks
6  except for Citibank. A different part of NERA
7  is working for the independent directors in
8  Enron and that's public. The client I'm working
9  for is not public.
10 Q. So in WorldCom you worked for the
11 banks, in Enron you did not work for the
12 independent directors but someone else in NERA
13 did?
14 A. Yes.
15 Q. And you have some other assignment
16 representing defendants in Enron that you can't
17 publicly disclose?
18 A. Right.
19 Q. Just to be clear, you did consider
20 alternative ways of calculating the 21 percent
21 versus the 79 percent distinction?
22 A. I certainly looked for alternative
23 ways and this was the best information I could
24 come up with in the analyst reports.
25 Q. And the starting point was the

### Page 107

1  belief that you had two potential negative
2  effects embedded in the October 29 or October 30
3  analysis, one was accounting and one was
4  management?
5  A. Well, one was accounting and one
6  was not accounting.
7  Q. Okay.
8  A. There were a number of different
9  reasons put forward by the analysts as what
10 might have caused LeMay to leave, so it was just
11 accounting.
12 Q. Did you ever read Mr. LeMay's
13 deposition in this case?
14 A. No, I didn't.
15 Q. So we take the $3. I'm switching
16 now to what we do with $3.22 now that we have
17 it. We multiply it by $450 million to get a big
18 number.
19     MR. QUINN: You want to do that
20 again, Jim, a few more times?
21     MR. WORLAND: Well, if you multiply 7.98
22 you get an even bigger number.
23 BY MR. WORLAND:
24 Q. Did you ever hear of NERA being
25 asked to look at this case back in '98?

### Page 108

1     MR. QUINN: By "this case" what do
2  you mean?
3  BY MR. WORLAND:
4  Q. Well, was NERA ever employed by
5  Waste Management?
6  A. I don't recall. I don't believe we
7  were.
8  Q. Was NERA ever employed by U.S.A.
9  Waste?
10 A. NERA is a big company and I just
11 can't say yes or no. We actually have had a
12 merger practice and I don't know if they were
13 involved, but I just don't recall. I can't
14 recall us being involved.
15 Q. When NERA is considering taking on
16 a project, do you have a way of checking for
17 conflicts?
18 A. Yes.
19 Q. How do you do that?
20 A. It is a computerized program. It's
21 called Claim Check and I tell my assistant here
22 is the parties who are involved, here are the
23 law firms who are involved and I tell her who we
24 might be hired by, who is potentially on the
25 same side, whose interest we might be opposed to

### Page 109

1  and she goes into what is called Claim Check and
2  she gets a printout of the number. She gets a
3  printout of all the projects where one of those
4  names appears and it also takes into account
5  subsidiaries and things like that whose names
6  may be a little different than the current one.
7  And that, I think all of our projects going back
8  to the mid nineties are in there.
9  Q. Okay. I'm sure you don't remember
10 the specifics, but would it have been your
11 practice in a case such as this where you were
12 approached by individual management persons to
13 also include the company in the conflicts check
14 and the auditing firm and people like that?
15 A. Typically, yes.
16 Q. Show I'm not completely crazy. I
17 would like to have marked as 2041 a document I'm
18 sure you've never seen before. It is a set of
19 handwritten notes in connection with a Waste
20 Management board room -- board meeting dated in
21 handwriting March 9, 1998.
22     (Exhibit 2041 for
23 identification, set of handwritten notes.)
24     MR. WORLAND: Have we ever use this
25 had before, John?

110

1  MR. QUINN: This document?
2  MR. WORLAND: Yes.
3  MR. QUINN: I don't think I've ever
4  seen this. What is WMC?
5  MR. WORLAND: I don't know.
6  MR. QUINN: This has been produced
7  in this case?
8  MR. WORLAND: Yes. If we have it,
9  it has been produced.
10 BY MR. WORLAND:
11 Q.  The numbers aren't -- I am
12 interested in WMC 213407.
13 A.  Okay.
14 Q.  I have no idea whose handwriting
15 this is, but the reason I'm asking about this is
16 it talks about -- well I'll just read it. "16
17 S/8 actions currently 10(b)5 allegations time of
18 amended complaint Judge Andersen has case
19 discussions about his reputation AA & Co. is
20 willing to participate in a settlement." And
21 then it says "NERA study 2 to 2.9 billion max
22 liability. Probable settlement value 74 to 88
23 million, 95 percent 18 to 271 million" and then
24 it says "NERA quals q-u-a-l-s." Now, I don't
25 know more about this than what I just read, but

111

1  it looks as though NERA's qualifications were
2  being looked at and that they had done some sort
3  of work on a preliminary basis and my question
4  is have you ever heard about this?
5  A.  No. I understand what was done
6  just by reading this because this is a standard
7  analysis that we perform. Apparently it was --
8  there is one part of this that is presented
9  incorrectly, but the rest of it would seem to be
10 the type of product that we would produce. I
11 think that 2 to 2.9 billion max liability is a
12 misstatement. I think I understand what that
13 number is and that is somebody -- somebody
14 represented that number to be something other
15 than it is.
16 Q.  What is it that you think it is?
17 A.  Let me --
18 Q.  First of all, what do you
19 understand it to say and then what do you
20 understand? That is the first question and then
21 what do you think it should say?
22 A.  What I think this says the way this
23 was probably presented is that the plaintiffs
24 will be able to find an expert who will say that
25 the damages are 2 to $2.9 billion. That's point

112

1  number one. So that would be what might be
2  called a plaintiff's style damage study as
3  opposed to the damage study that would have been
4  done by Lexicon or Mr. Leftwich. Probable
5  settlement value of 74 to .88 million is a
6  number that would have been produced by a
7  procedure that we have that is called predicted
8  settlement. And the predicted settlement is
9  based on a regression model of all of the
10 settlements that have been -- all of the
11 securities class action settlements that have
12 been reported to date. And then we -- that
13 regression model has on the right-hand side
14 certain variables and one of the variables is
15 called investor losses. It may have other
16 things like circuit, whether there is a SEC
17 investigation, other variables that may have an
18 effect on the value of the case. And then the
19 95 percent is we have the model allows us to
20 create an approximation to a 95 percent
21 competence interval around the expected --
22 around the expected values so that we would say
23 that settlements that have these characteristics
24 which means this amount of investor losses, this
25 particular industry, this particular circuit,

113

1  whatever. The investigation, that sort of
2  thing.
3  95 percent of them fall within 18 to 270.
4  It is our expectation that 95 percent of them
5  would fall in the range of 18 to 271 million.
6  In other words, if you had 100 settlements
7  exactly like that, 95 -- about what we know, on
8  the variables that we know 95 would be between
9  those numbers
10 Q.  Now, is this NERA model publicly
11 available?
12 A.  Oh, yes, we publish it pretty
13 frequently. There is an occasional publication
14 that NERA puts out that is called Recent Trends.
15 Recent Trends in Securities Litigation and it
16 usually gets press releases. It is quoted a
17 lot, that sort of thing.
18 Now, this model is an older one because
19 this would now be seven years old if it was in
20 1998. You would have to go back to an earlier
21 publication to find the model
22 Q.  Okay, but would it be possible that
23 some person at Waste Management simply took the
24 newer model and generated these numbers?
25 A.  It is possible, but that would have

**Page 114**

1  never happened because — I think this was
2  probably done by NERA. In other words,
3  somebody — somebody — I noticed that Skadden
4  was mentioned in here and Shearman & Sterling.
5  Skadden is a good client of ours, was a good
6  client at that time. I suspect that somebody at
7  Skadden got in touch with somebody that they
8  knew at NERA and said can you do this analysis
9  for me?
10  Q. But as you sit here today, you
11  don't know if in fact NERA went forward and so
12  far as I know, NERA, other than yourself, has
13  never appeared formally in this case. They
14  could have been just doing consulting but you
15  have no way of knowing?
16  A. That they appeared formally or that
17  they did.
18  Q. I will represent unless Jonathan
19  contradicts me that NERA has not appeared
20  formally in this case.
21  A. I believe that to be the case.
22  Q. Do you know if they had done any
23  consulting independently of a formal appearance?
24  Making an expert report and the like?
25  A. To my mind this is pretty good

**Page 115**

1  evidence that they did.
2  Q. Okay.
3  A. Because it is just written in the
4  way that we would present things. I don't think
5  other people would present things this way
6  except by coincidence.
7  Q. Now, I would like to finish the
8  stock market part of this because I don't think
9  I have a whole lot more to do on this.
10  You've got a number of the -- you have the
11  what is it, $3.22 number?
12  A. Yes.
13  Q. And Roman has the $7.98 number?
14  A. Yes.
15  Q. In order -- let's focus on
16  Mr. Koenig. Mr. Koenig sold some shares back in
17  1992?
18  A. Yes.
19  Q. In order to calculate whether or
20  not those shares were overvalued in 1992 due to
21  the fraud, did you and Mr. Weil basically do the
22  same thing?
23  A. Yes.
24  Q. And what is it that you did?
25  A. Okay.

**Page 116**

1  Q. Because I got to tell you before we
2  had Roman, we had Koenig down for $171,000. And
3  Roman took $160,000 plus of it out of our
4  pockets.
5  A. What we did is we built up the
6  inflation per share over time starting in '92.
7  And the way we did it was we accumulated all of
8  the earnings per share overstatements. So like
9  if it was 15 cents in 1992 and another 15 cents
10  in 1993, then at the end of 1993, the
11  cumulative — well, the cumulative effect in
12  1993 would be 30 cents up to whatever the
13  total — total was.
14  So the inflation per share then is
15  that year's cumulative amount divided by the
16  cumulative amount all the way through 1997.
17  What Prof. Weil does is rather than
18  use earnings per share, he uses net income so we
19  will be off by a little bit depending upon
20  shares outstanding, perhaps a few things like
21  that. But the differences I would imagine
22  should be minor. I actually don't remember
23  checking his percentages against those
24  Q. Do you assume that there is a
25  fairly linear relationship between the share

**Page 117**

1  price inflation and earnings per share?
2  A. That is the assumption behind that.
3  That the inflation per share is pro rata with
4  the cumulative earnings per share.
5  Q. Okay, now, you went back to 1992
6  and you calculated an amount for which
7  Mr. Koenig's shares, the proceeds from his
8  selling the shares there, included access
9  proceeds due to the share inflation?
10  A. Correct.
11  Q. How does your number compare to
12  Prof. Weil's?
13  A. Well, his would be higher because
14  he has almost $8 inflation, but other than that,
15  I would imagine we are very close if you were
16  just to adjust by his event study results versus
17  ours.
18  Q. Okay.
19  A. I haven't done it, but I think we
20  are very close.
21  Q. Where would I find your estimate of
22  Mr. Koenig's access proceeds from those sales?
23  A. 6.
24  Q. So you get, if I understand this
25  correctly, $1,607?