IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | No. 02 C 2180 |
| ) | |
| v. ) | Hon. Wayne R. Andersen |
| ) | |
| JAMES E. KOENIG, ) | Magistrate Judge |
| ) | Nan R. Nolan |
| Defendant. ) | |
| ) | |

**APPENDIX TO**

SECURITIES AND EXCHANGE COMMISSION'S
RESPONSE TO KOENIG'S LOCAL RULE 56.1(b)(3)(B) STATEMENT
OF ADDITIONAL FACTS WITH RESPECT TO
THE "GEOGRAPHY" ENTRIES

Local Counsel

John E. Birkenheier (No. 6270993)

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

175 West Jackson Boulevard
Chicago, Illinois 60604

John D. Worland, Jr. (No. 90785343)
Richard B. Skaff (admitted pro hac vice)
Robert W. Pommer, III (No. 90785340)

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

100 F Street, N.E.
Washington, D.C. 20549-4030

**Note Regarding Appendix:**

Pursuant to this Court's Case Management Procedures for Motions for Summary Judgment, the Commission submits this appendix of evidentiary material cited in its response to Koenig's Local Rule 56.1(b)(3)(B) Statement Of Additional Facts With Respect to the "Geography" Entries. The tabs identify the paragraph number in Koenig's Local Rule 56.1(b)(3)(B) Statement to which the material relates. Note that the Commission does not submit evidentiary material in response to certain paragraphs in Koenig's Local Rule 56.1(b)(3)(B) Statement. Therefore, there are gaps in the tab numbers of this appendix. The evidentiary material is taken primarily from exhibits previously provided in connection with this motion.