**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|                                         |   |                         |
|-----------------------------------------|---|-------------------------|
| SECURITIES AND EXCHANGE COMMISSION,     | ) |                         |
|                                         | ) |                         |
| Plaintiff,                              | ) | No. 02 C 2180           |
|                                         | ) |                         |
| v.                                      | ) | Hon. Wayne R. Andersen  |
|                                         | ) |                         |
| JAMES E. KOENIG,                        | ) | Magistrate Judge        |
|                                         | ) | Nan R. Nolan            |
| Defendant.                              | ) |                         |

**EXHIBITS TO
SECURITIES AND EXCHANGE COMMISSION'S MEMORANDUM AND INITIAL
PROFFER IN SUPPORT OF THE ADMISSION OF NON-HEARSAY
CO-CONSPIRATOR STATEMENTS**

Local Counsel

John E. Birkenheier (No. 6270993)

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

175 West Jackson Boulevard
Chicago, Illinois 60604

John D. Worland, Jr. (No. 90785343)
Richard B. Skaff (admitted pro hac vice)
Robert W. Pommer, III (No. 90785340)

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

100 F Street, N.E.
Washington, DC 20549-4030

# EXHIBITS

1. Joint Proposed Uncontested Statement of Facts, contained in Final Pre-Trial Order, Schedule A.

2. Exhibit 800, Waste Management, Inc. - - 1992 Final Engagement Memo, dated Mar. 15, 1993, listed in Koenig Trial Exhibit List, Final Pre-Trial Order, Schedule C.2.

3. Exhibit 1226, Memorandum to The Files, Chicago, from Robert E. Allyger and Walter Cercavaschi, dated February, entitled 1993 Audit Results Meetings, listed in SEC Exhibit List, Final Pre-Trial Order, Schedule C.1.

4. Deposition Transcript of Kelly Haecker (excerpts).

5. Investigative Testimony of Herbert A. Getz before the SEC, In the Matter of Waste Management Inc., HO-3372 (excerpts).

6. Press Releases, dated February 8 and 9, 1994, Exhibits 501 and 684, respectively.

7. Investigative Testimony of Walter Cercavschi before the SEC, In the Matter of Waste Management Inc., HO-3372 (excerpts).

8. Exhibit 566, WMX Technologies, Inc. Proposed Adjustments, December 31, 1993, listed on SEC Exhibit List, Final Pre-Trial Order, C.2.

9. Deposition Testimony of Richard Measelle (excerpts).