**EXHIBIT 3**

ARTHUR ANDERSEN
Arthur Andersen & Co, SC

W-t - C/F

To:       THE FILES, CHICAGO

From:     ROBERT E. ALLGYER, CHICAGO
          WALTER CERCAVSCHI, LINCOLN CENTRE/CHICAGO

Date:     FEBRUARY 11, 1994

Subject:  1993 AUDIT RESULTS MEETINGS


We met with the following officers on the dates indicated to discuss annual results for 1993:

- Dean Buntrock, February 8, 1994
  (Andy Newman also in attendance)
- Jim Koenig and Tom Hau and Steve Bergerson, February 9, 1994
  (see separate memo)
- Phil Rooney, February 11, 1994
- Steve Bergerson and Herb Getz, February 11, 1994.

Bob Allgyer led these meetings and discussed the attached four schedules to this memo as an agenda for our discussions. All items were covered in detail with all individuals being active participants in the discussions. The purpose of this memo is to document the key issues addressed.

Overview

Bob began all discussions by pointing out that the aggregate impact of our passed adjustments would have been a charge to net income of $115 million representing approximately 15% of earnings before the Chemical Waste Management special charge (see Schedule 1). Bob explained that we will issue an unqualified opinion in 1993 for two reasons:

- The impact of the current year effect of the passed adjustments on the current year income statement is not material. The overwhelming majority of the adjustments proposed were in existence at December 31, 1992, in substantially the same magnitude. The two items deserving comment in this regard are deferred project costs and taxes. The PAJE for deferred project costs increased from $15 million at December 31, 1992 to $40 million at December 31, 1993. This PAJE did not actually worsen between years but rather the increase represents better information based on a recent analysis performed by WMI. Also, while the tax PAJE at WMX increased between years, this was largely offset by tax cushion created by CWM. Bob also indicated that as the Company's earnings decline, the impact of the passed adjustments increases.



CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131103

ARTHUR ANDERSEN  
Arthur Andersen & Co, SC

Date:       FEBRUARY 11, 1994

Subject:    1993 AUDIT RESULTS MEETINGS

> o  The trend of the Company's earnings is down as evidenced by the fourth quarter being at 34 cents per share compared to the street's expectations of 38 cents and versus earlier quarters during 1993 (i.e., 1st quarter was 41 cents and 2nd quarter was 45 cents). In addition, a press release was issued recently indicating the Company's first quarter, 1994, would be flat compared to the 4th quarter, 1993.

Bob also noted our conclusions had been discussed internally at AA&Co. with key partners (Bob Kutsenda, Steve Samek, Ed Maier as concurring partner, and Dick Measelle as advisory partner), all of whom concurred with the issuance of an unqualified opinion and the necessity for WMX to adjust its accounting going forward as discussed later. Bob emphasized to all individuals that the current level of passed adjustments must be systematically corrected in the future. Bob noted that this message, as well as an appropriate discussion of the attached four schedules would be had with the audit committee. Finally, Bob noted that every quarter prior to the earnings release he would meet with Dean, at his request, to discuss his assessment of that quarter's results.

Agenda Discussion

> o  Insurance Reserve (Schedule 1 - PAJE's) - Bob indicated that the Company was continuing its strategy to correct the insurance reserve shortfall. In the current year, the Company overprovided approximately $10 million, however, this was largely offset by using too high of a discount rate in the insurance requirement calculation. Accordingly, the proposed adjustment remained approximately the same. We also discussed that WMX planned on making substantial headway in 1994 in decreasing the shortfall for a number of reasons; the recent hiring of a number of claims managers, higher use of WMS and front loaders (to mitigate backing up accidents), higher on-site use of CNA, etc. The Company, however, will continue providing reserves based on historical experience.
> 
> Deferred Project Costs - We indicated that this proposed adjustment did not really increase significantly between years but that based on better information and a more detailed Company analysis that the actual PAJE, both last year and this year, is in the $40-$60 million range, compared to $15 million last year.
> 
> Taxes - We informed Dean that the proposed adjustment for taxes has increased primarily as a result of the Company using too low of an effective tax rate in the current year. We indicated that this has been a continuing problem which must be corrected during 1994 (Tom Hau indicated that this had already been corrected for 1994). WMX's current year under-reserve is largely offset by its share of overprovision for taxes on CWM's books.

CONFIDENTIAL TREATMENT  
REQUESTED BY  
ARTHUR ANDERSEN, LLP

AA 00131104

Date:     FEBRUARY 11, 1994

Subject:  1993 AUDIT RESULTS MEETINGS

We next discussed Schedule 2 (Changes in Estimate) of the attached. Bob noted the purpose of this schedule was to show the amount current year earnings for the different companies have been benefited by current year changes in estimates. In total, WMI's 1993 earnings were benefited approximately $100 million (pretax) due to these estimate changes. Approximately half of this benefit relates to a 1993 change in depreciation lives on rear end loaders (going from 10 to 12 years), as well as an increase in salvage values (from $15,000 to $30,000). Dean and Phil indicated that they felt comfortable that historical experience could support a 12 year life for trucks. We also verified this through our audit work at various field locations. However, they did indicate that this decision would continue to be reviewed because it may not be the best answer operationally in that significant maintenance costs may have to be incurred in the later years of a truck's life. Dean and Phil also felt comfortable making this life extension in consolidation as opposed to the field. In fact, Dean indicated he would have a greater concern if the field was using 12 years by edict. Dean also indicated that with regard to the $7 million benefit resulting from the change in lives at the plc, that he was comfortable because the truck life is typically tied to a contract. We indicated to all individuals that we still needed detailed support from the Company for their salvage value extension. The environmental reserve (stated at approximately $230 million at December 31, 1993) was taken down $15 million due to management's belief that it was overstated. The Company also reevaluated and standardized its methodology for calculating closure and post-closure liabilities this year. Based on changes in assumptions (including $20 million related to discounting closure costs for the first time), earnings in 1993 were benefitted. The only item on this schedule which is also a PAJE is the $7.5 million related to landfill amortization. In summary, most of these changes in estimate will continue to benefit future years (i.e., higher depreciable lives and salvage values, change in assumptions in estimating closure and post-closure liabilities). We wanted the Company to be aware that these items were not part of 1992's earnings and improved 1993 earnings by $100 million.

Schedule 3 (Summary of Key Issues) was discussed in some detail which highlights key matters from the other WMX public companies.

Schedule 4 (Summary of Action Steps) is a plan to help WMX resolve its key accounting issues. The "must do" column has been agreed to (and signed) by Jim Koenig and Tom Hau. This represents the minimum changes we have concluded are necessary for WMX to implement immediately. The points in each column were discussed with all officers noted above, all of whom support the "must do" items noted. We clarified that this brings the Company to a minimum acceptable level of accounting and that the future strategy should be to move toward the "reasonable" or "conservative" columns.

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN,LLP

AA 00131105

ARTHUR ANDERSEN
Arthur Andersen & Co, SC

4

Date:     FEBRUARY 11, 1994

Subject:  1993 AUDIT RESULTS MEETINGS


In summary, our meetings went very well on the items noted above. For the
first time in its history, WMX has indicated to analysts that growth for 1994
would be only 5%-10% above 1993 - a substantial decline from the past.
Fundamentally, the Company is still very strong (1994 budgeted pre-tax and
cash-flow from operations of approximately $1.3 billion) and is making
numerous operating changes to benefit the future. We believe our conclusions
are appropriate based on the facts discussed in this memo.


ROBERT E. ALLGYER

WALTER CERCAVSCHI

JR/5128I

Distributed to: Maselle
                Kirkly
                Kitsemle
                Maur
                Samek

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131106

Schedule I

## WMX TECHNOLOGIES, INC
## PROPOSED ADJUSTMENTS
### December 31, 1993
($ in millions)

|  | 12/31/92 | 12/31 |
|---|---|---|
| **SELF-INSURANCE** | $ 63 | $ 6 |
| - Reserve balance: 12/31/93 - $126, 12/31/92 - $118 | | |
| **CLOSURE/POST CLOSURE** | (15) | |
| - Reserve balance: 9/30/93 - $103, 9/30/92 - $106 | | |
| **DEFERRED PROJECT COSTS** | 15 | 4 |
| **LOSS CONTRACTS - MIDWEST GROUP** | - | |
| **UNAMORTIZED LAND - MIDWEST GROUP** | - | |
| **DEFERRED SYSTEMS COSTS** | 10-17 | 1 |
| **FOREIGN CURRENCY** | (4) | |
| **LANDFILL AMORTIZATION** | - | |
| **CWM** (net of 21% minority interest) | - | |
| **PLC** (net of 30% minority interest) | - | |
| **WTI** | - | |
| SUB-TOTAL PRE-TAX PROPOSED ADJUSTMENTS | $ 69 | $ |
| 39% EFFECTIVE TAX RATE | x 61% | x |
| SUB-TOTAL AFTER TAX PROPOSED ADJUSTMENTS | $ 42 | $ |
| **TAXES:** | | |
| WMX | $ 30-40 | $ |
| CWM (net of 21% minority interest) | - | |
| TOTAL PROPOSED ADJUSTMENTS | $ 72 | $ |
| **Income before special charges** | $ 1,052 | $ |
| (and cumulative effect in 1992) | 6.84% | 14 |
| **Net Income** | $ 921 | $ |
| (before cumulative effect in 1992) | 7.82% | 25 |

Handwritten annotations near UNAMORTIZED LAND / DEFERRED SYSTEMS COSTS: "closed sites @ 12/31/93", "No USE", "Inapp. C/H", "no interest", "CIMS - not stated"

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131107

1. Divisions which have contracts generating losses:

| Division | Contract | Loss through End of Contract |
|---|---|---|
| WM of Nebraska | City of Omaha | $ 1,000,000 |
| WM of IL - Metro | City of Woodridge | 88,800 |
| WM of IL - West | Carpentersville | 108,437 |
| WM of IL - S.S. | City of Oaklawn | 1,079,840 |
| WM of IL - S.S. | City of Orland Park | 981,608 |
| WM of IL - N.W. | City of Highland | 97,825 |
| Total | | $ 3,356,510 |

2. Sites included in our proposed adjustment related to valuation exposures on unamortized land:

| Group | Landfill | Amount |
|---|---|---|
| Midwest | Wheeler RDF | $ 966,018 |
| Midwest | Anoka RDF | 486,422 |
| Mideast | Seneca | 161,918 |
| Mideast | Lake County | 3,397,011 |
| Mideast | Pinnacle Road | 1,587,500 |
| Total | | $ 6,598,869 |

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131108

|  | 1993 | 1992 |
|---|---:|---:|
| pre-tax before PLC gain, special charges, and accounting changes | 1371 | 1377 |
| CWM charge - 93 | -550 | - |
| Special charges | - | -219 |
| PLC gain | - | 240 |
| pre-tax before accounting changes | 821 | 1398 |
| taxes | -361 | -477 |
| income before accounting changes | 460 | 921 |
| SFAS 106 | - | -37 |
| SFAS 109 | - | -34 |
| NET INCOME | 460 | 850 |

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131109

## INCOME BEFORE INCOME TAXES AND MINORITY INTEREST
(000's Omitted)

| | WMI | WTI | CWM | Inter'l | RUST | Other | Consol. |
|---|---|---|---|---|---|---|---|
| | 839,218 | 190,471 | (522,657) | 191,603 | 148,510 | 22,552 | 869,697 |
| **Changes in Estimates:** | | | | | | | |
| (a) Depreciation | | | | | | | |
|     1993 changes in estimates | 40,000 | | | 7,000 | | | 47,000 |
|     Prior years impact | 5,000 | | | | | | 5,000 |
| (b) Salvage value | 4,600 | | | | | | 4,600 |
| (c) Landfill amortization | 7,500 | | | | | | 7,500 |
| Reverse acquisition reserves | | | | 8,900 | | | 8,900 |
| Reverse Venezuela reserve | 6,000 | | | | | | 6,000 |
| Reverse environmental reserve | 15,000 | | | | | | 15,000 |
| Mercer reserve | 5,000 | | | | | | 5,000 |
| **Closure / post-closure** | | | | | | | |
| (1) Discounting closure costs for the first time | 19,810 | | | | | | 19,810 |
| (2) Other changes which decrease requirements (not quantifiable): | | | | | | | |
|     - change in estimating - reduced property taxes and leachate treatment requirements | | | | | | | |
|     - reduction in WMX standards to more closely follow state regulatory requirements | | | | | | | |
| **Reversal of reserves:** | | | | | | | |
| (a) Environmental | | | | | 2,000 | | 2,000 |
| (b) Errors and Omission Insurance | | | | | 5,000 | | 5,000 |
| (c) Contract Reserves | | | | | 3,000 | | 3,000 |
| | 736,308 | 190,471 | (522,657) | 175,703 | 138,510 | 22,552 | 740,887 |

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131110

WMX Technologies, Inc.
Summary of Action Steps
December 31, 1993

Implementing the following action steps will ensure WMX begins to move towards its desired change in mindset resulting in more conservative accounting practices.

| Issue | Must Do | Reasonable | Conservative |
|---|---|---|---|
| Self-insurance reserve | • Discount at risk-free rate.<br>• Accrue full balance sheet shortfall over 7 years. | • Accrue full balance sheet shortfall over 3 years. | |
| Closure/Postclosure reserve | • No future reversals of reserve to income. | • Push down adjusting entry to field locations. | • Do not discount.<br>• Do not offset reserve with gas credits. |
| Deferred Project Costs | • Update Holsten detail schedule annually.<br>• Write off $40 million over 5 years.<br>• Write off of additional unsuccessful projects when known.<br>• Change PAD regarding write off over 20 years.<br>• Agree on definitions of acceptable "market theory" and unsuccessful projects. | • Write off $40 million over 3 years.<br>• Provide a general reserve based on historical experience. | • Write-off $40 million immediately.<br>• Only capitalize hard costs with high probability of success.<br>• No "market" theory. |

Handwritten annotations: "1994", "8", "60", "8", "400", "10 yrs REACH 8K", "10 yrs", "7", "5"

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131111

| Issue | Must Do | Reasonable | Conservative |
|---|---|---|---|
| Unamortized Land | • Review NRV of:<br>(a) 1994 - Large sites closing within 20 years.<br>(b) 1995 - All sites.<br>• Amortize all open sites to NRV by closure date.<br>• Do not net unrealized gains and losses.<br>• Closed sites written down to NRV over 5 years. | • Accrue by 1995 on a "catch-up" basis the "net cost" that should have been accrued if this was being done correctly all along.<br>• Closed sites written down to NRV over 2 years. | • Record cumulative catch-up in 1994 and some extra. |
| Deferred systems costs | • Eliminate inappropriate overhead and capitalized interest costs from capitalizable base in 1994.<br>• Amortize inappropriately capitalized items over 5 years.<br>• Amortize CIMS over 10 years and other projects over life not to exceed 5 years. | • Only capitalize "hard" costs in future (i.e. no overhead) | • Do not capitalize systems costs.<br>• Write off CIMS costs over 5 years. |
| Income tax reserve | • Perform detailed effective rate estimate for year and update quarterly.<br>• Provide taxes on a quarterly basis based on budgeted annual effective rate.<br>• Accrue $55 million shortfall over 5 years.<br>• Analyze current payable to avoid overpayment. | • Build free cushion through addition to provision rate over 2 years. | |

Handwritten annotations:
- Next to Unamortized Land: "5 yr"
- Next to Deferred systems costs: "9", "165", "25 ÷ 5 = 5", "CIMS = 4", "5", "5 yr", "1"
- Next to Income tax reserve: "17", "55 ÷ 5 = 11 Pre-tax", "not agreed yet TCH", "5"

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131112

| Issue | Must Do | Reasonable | Conservative |
|---|---|---|---|
| Environmental remediation reserve | • No future reversals of reserve to income.<br>• No non-remedial costs charged against accrual<br>• Segregate reserve provided for acquisitions from that provided through income.<br>• Continue to credit all recoveries to accrual.<br>• Accrual not adjusted until all sites remediated, except for major shortfalls. | • Accrual to provide for sites with "no activity". | • Do not discount liability. |
| Other deferred assets | | • Minimize capitalization of start up costs and losses, training and ISO 9000 costs, etc. | • Write off existing asset over 5 years.<br>• Do not capitalize prospectively. |
| Depreciation/salvage value adjustments | • Support for lives and salvage values. | | • Adopt shorter lives and salvage values. |
| Landfill capitalized interest | • Discard NBV method.<br>• Establish policy AA and WMX agree on by 7/1/94.<br>• Roll out to all divisions by third quarter and apply retroactively as of January 1994.<br>• Use a capitalization rate equal to cost of debt.<br>• Evaluate NRV of L/Fs on a site-by-site basis after amortization. | • Go back 2 years and adjust as if new method had been applied. | • Go back to inception of NBV method and adjust as if new method had always been applied. |

330 (Landfill only)

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131113

| Issue | Must Do | Reasonable | Conservative |
|---|---|---|---|
| Legal Costs | | • Should be accrued. | • Should be accrued. |
| Special Gains | • Must defer. | • Must defer. | • Must defer. |
| Discount Rates | • Establish consistent rates for 1994-Rates used during 1993 are as follows:<br>Pension 7.25%<br>SFAS 106 ~~0.00%~~ 7.25<br>Closure/PC 6.50%<br>Remedial 6.00%<br>Insurance 10.00% | | |

52

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131114

CLIPPINGS
ARTHUR ANDERSEN & CO.

To: _____

035 - Chicago    Office
Chicago Sun-Times    Source
February 10, 1994    Date
Robert E. Allgyer    Clipped By

File

# Recycling Helps Trash WMX's Earnings, Stock

By Frederick H. Lowe
Staff Writer

In San Jose, Calif., recycling makes a difference.

The city is diverting 56 percent of its solid and yard waste away from landfills—the result of an extensive environmentally friendly recycling program instituted in 1987.

But recycling is making a difference of a different kind for WMX Technologies Inc., the Oak Brook-based solid waste disposal giant.

Dramatic increases in recycling nationwide have cut into the solid waste tipping prices WMX can charge. That—along with increased competition—hurts WMX's financial performance and its stock price.

Wednesday, after announcing a dismal fourth quarter and full-year 1993 earnings, WMX stock fell into the dumpster, closing down 11.1 percent.

WMX fell $3.12½ a share to $25, near its 52-week low of $23. WMX Chairman

■ **Ford roars back with a $2.5 billion profit. Details, more earnings, Page 74.**

Dean L. Buntrock blamed a variety of issues, including the dramatic changes in the markets served by Waste Management, the firm's solid-waste disposal business.

"Our core North American solid-waste operations have faced very difficult business conditions, including a lengthy recession, which masked, to a certain extent, some important structural changes in these markets," Buntrock said.

Increased competition and recycling have cut into the amount that waste disposal companies can charge



WASTING AWAY AT WMX

Financial performance by Oak Brook-based WMX Technologies—formerly called Waste Management—and companies in which WMX holds a substantial ownership.

WMX Technologies' stock performance

JACK JORDAN/SUN-TIMES

for use of landfill space.

As a result, the firm reported 1993 net income of $452.8 million, or 93 cents per share, down 47 percent from last year. Sales reached $9.1 billion, up 6 percent. In the fourth quarter, WMX Technologies reported net income of $162.9 million, or 34 cents per share, down 11 percent from the same three-month period last year. Fourth-quarter sales reached $2.4 billion, up 3 percent over the same period last year.

In addition, one industry observer said WMX Technologies has lost its allure as

an investment vehicle because the firm has spun off some of its most attractive subsidiaries.

But a major issue cutting into WMX's bottom line is recycling.

Under pressure from residents and fear of declining Turn to Page 74

AA&Co., S.C
CONFIDENTIAL TREATMENT REQUESTED BY ARTHUR ANDERSEN, LLP
AA 00131115

# CLIPPINGS
## ARTHUR ANDERSEN & CO.

To: _____  
_____  
_____  
_____  
_____  

035 - Chicago — Office  
Chicago Sun-Times — Source  
February 10, 1994 — Date  
Robert E. Allgyer — Clipped By  

File: ( ) Pre-Audit  ( ) Non-Client of _____

# WMX

**Continued from Page 69**

landfill space, more cities have instituted recycling programs. As a result, the amount of solid waste dumped into landfills dropped dramatically, reducing the fees Waste Management charged for landfill space, said Grant Ferrier, editor of the Environmental Business Journal in San Diego.

For example, in 1992 tipping fees at solid waste landfills averaged $30.21 per ton, up 14 percent from a 1990 survey conducted by the Environmental Industry Associations, a Washington-based group that represents private waste disposal companies. But EIA spokesman Allen Blakey said the 1992 increase was the smallest year-to-year increase in dollars and percent since 1985.

The rate of increase for tipping fees has slowed dramatically because more cities have instituted extensive recycling programs.

Disposal firms pick up 200,000 tons of solid and yard waste annually in San Jose, according to Lindsey Wolf, assistant to the director of San Jose's Environmental Services Department.

WMX also has become a less attractive investment because it has sold major pieces of key subsidiaries, Ferrier said.

The firm owns:
- 100 percent of Waste Management Inc.
- 55 percent of Wheelabrator Technologies, an environmental services firm.
- 56 percent of Waste Management International PLC.
- 79 percent of Chemical Waste Management.

In turn, ChemWaste owns 56 percent of Rust International, an environmental consulting firm, while Wheelabrator Technologies owns 40 percent.

Company spokesman Bill Plunkett defended WMX's decision to sell part of its subsidiaries. "The sales have allowed us to serve markets throughout the world."

CONFIDENTIAL TREATMENT  
REQUESTED BY  
ARTHUR ANDERSEN, LLP

AA&Co., S.C. Form 029 (Rev. 12/65) Printed in U.S.A.

AA 00131116

## CLIPPINGS
### ARTHUR ANDERSEN & CO.

To: _____
    _____
    _____
    _____

035 - Chicago                    Office
Chicago Sun-Times                Source
February 10, 1994                Date
Robert E. Allgyer                Clipped By

File: ( ) Pre-Audit  ( ) Non-Client of _____

# Dow gushes over oil prices

## Broader markets join in the climb; bonds get bullish

Sharply lower oil prices and a thaw in the bond market sparked a broad-based rally in stock prices Wednesday.

The Dow Jones industrial average gained 25.89 points to 3931.92 in heavy trading on the New York Stock Exchange. Broader market indicators also advanced. The Nasdaq composite index closed up 3.83 to 786.53.

Better-than-expected news on crude oil stockpiles plus improved refinery output pushed the March light crude oil futures contract down 61 cents, to $14.80, on the New York Mercantile Exchange. That's the first daily settlement price below $15 a barrel since Jan. 24.

Heating oil futures also dropped as traders anticipated the inevitable end of the winter heating season.

Lower oil prices, a key industrial commodity, brightened the inflation picture and gave the bond market a bullish tone. The 30-year Treasury bond yield closed at 6.41 percent, down from 6.45 percent Tuesday.

The Treasury's auction of $12 billion of 10-year notes brought a yield of 5.92 percent, which was within the range of market expectations. The Treasury will sell $11 billion of 30-year bonds Thursday.

Some stock market analysts said that investors had gotten over last Friday's interest rate hike by the Federal Reserve, which prompted a 96-point drop in the Dow industrials, and are now poised to bid stock prices into record-high territory.

Other analysts noted that the January producer price report, due out Friday, is expected to show wholesale prices climbing at a rate higher than in any month since last April. A January number much above 0.4 percent could bring the inflation bears out of hiding.

Computer-driven program buying was a major factor in Wednes-day's advance in stock prices. Separately, the Securities and Exchange Commission Wednesday proposed increased reporting rules for institutional investors that engage in computer-driven trading. One objective is to enable the SEC to reconstruct what happened if the market crashes again.

In foreign exchange trading, the British pound continued to swoon after an interest rate cut and worries about the viability of Prime Minister John Majors' government. In New York, the pound fell to $1.4615 from $1.4665 Tuesday.

## Market report
### Bill Barnhart

### Waste not

Stock analysts who turned bullish on Oak Brook-based WMX Technologies last fall were scrambling Wednesday to explain the company's disappointing fourth-quarter earnings report, issued late Tuesday.

WMX stock sank $3.25, to $25, as the most actively traded stock Wednesday. Nearly 15 million shares traded on the New York Stock Exchange. Fourth-quarter earnings per share came in at 34 cents, well below the 40 cents estimated by analysts in the Zacks Investment Research survey.

The puzzle for analysts was whether the 11 percent drop in fourth-quarter earnings resulted from big-picture economic and demand factors that will impair the outlook for the company in 1994, or simply reflected the costs of the company's internal restructuring.

Dean Buntrock, chief executive of the solid waste disposal company, said in Tuesday's earnings statement that he expects WMX to report earnings growth this year, with a target of a 5 to 10 percent gain in earnings per share.



Chicago Tribune

But Wednesday, the company said it expects first-quarter results approximately to equal the 34 cents posted in the fourth quarter. That would represent a 17 percent decline from 41 cents in the 1993 first quarter.

Analysts differed on the implications of the Tuesday and Wednesday announcements. Some said the economic rebound in the United States is bullish for WMX's core businesses.

Others were skeptical about the ability of WMX and its sister companies—especially Chemical Waste Management—to adjust to the realities of lower waste generation, over-capacity in landfills and regulatory uncertainties under the Clinton administration.

🅣 **Chicago Tribune Online**
INSTRUCTIONS ON PAGE 2, SECTION 1

■ WMX announces 1994 capital budget and quarterly expectations. 5512
■ Oil prices drop as market expects demand for fuel to fall with the approaching end of winter. 5519

AA&Co., S.C.

CONFIDENTIAL TREATMENT
REQUESTED BY
ARTHUR ANDERSEN, LLP

AA 00131117