IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES E. KOENIG, )<br>)<br>Defendant. ) | Case No. 02 C 2180<br><br>Judge Wayne R. Andersen |

## MOTION FOR ENTRY OF FINAL JUDGMENT AND PROPOSED DISTRIBUTION

Plaintiff Securities and Exchange Commission (the "SEC"), hereby moves for entry of the attached proposed Final Judgment (Exhibit A). The Final Judgment contains the SEC's proposed Distribution Plan (the intention to distribute the funds to the U.S. Treasury). The prejudgment interest in the proposed Final Judgment was calculated for each of the years of Defendant James E. Koenig's disgorged bonuses as follows: for 1992, $161,500, with interest running from December 31, 1992 until November 30, 2007; for 1994, $250,000, with interest running from March 31, 1995 until November 30, 2007; for 1995, $420,000, with interest running from March 31, 1996 until November 30, 2007. The calculations for these amounts are shown on Exhibits B, C, and D, respectively, and are attached hereto.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached proposed Final Judgment.

Dated: December 14, 2007

s/ John D. Worland, Jr.

John D. Worland, Jr., Esq.
Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549-4010
worlandj@sec.gov
**Counsel for Plaintiff**

# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 02 C 2180 |
| v. | ) ) | Hon. Wayne R. Andersen |
| JAMES E. KOENIG, | ) ) ) | |
| Defendant. | ) ) | |

## (PROPOSED) FINAL JUDGMENT

Having considered the evidence, briefs, and arguments of the parties, having made findings of fact and conclusions of law in the Memorandum Opinion and Order dated December 3, 2007, and having found in favor of the Securities and Exchange Commission and against Defendant James E. Koenig ("Defendant"), the Court now enters this Final Judgment pursuant to Rule 58(a) of the Federal Rules of Civil Procedure as follows:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or

instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from aiding and abetting any violation of Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and Rules 12b-20, 13a-1, and 13a-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.13a-1, 240.13a-13], by knowingly providing substantial assistance to an issuer of a security registered pursuant to Section 12 of the Exchange Act or registered on a national securities exchange, that, directly or indirectly, in a report filed with the Commission:

(1) makes or causes to be made a materially false or misleading statement; or

(2) omits to state, or causes another person to omit to state, any material fact necessary in order to make statements made, in light of the circumstances under which such statements were made, not misleading.

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from aiding and abetting any violation of Section 13(b)(2)(A) of the Exchange Act [15 U.S.C. § 78m(b)(2)(A)], by knowingly providing substantial assistance to an issuer which has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or an issuer which is required to file reports pursuant to

Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)], and that, directly or indirectly, fails to make and keep books, records and accounts which, in reasonable detail, fairly and accurately reflect the transactions and disposition of the assets of the issuer.

V.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Exchange Act Rule 13b2-1 [17 C.F.R. § 240.13b2-1], by falsifying or causing to be falsified any book, record, or account subject to section 13(b)(2)(A) of the Exchange Act [15 U.S.C. § 78m(b)(2)(A)].

VI.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Exchange Act Rule 13b2-2 [17 C.F.R. § 240.13b2-2], while an officer or director of an issuer, by

    (a)    making or causing to be made a materially false or misleading statement, or

    (b)    omitting to state, or causing another person to omit to state, any material fact necessary in order to make statements made, in light of the circumstances under which such statements were made, not misleading,

to an accountant in connection with (i) any audit, review or examination of the financial statements of the issuer required to be made pursuant to the rules and regulations of the Exchange Act,

17 C.F.R. §§ 240.0-1 et seq., or (ii) the preparation or filing of any document or report required to be filed with the Commission.

VII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)] and Section 20(e) of the Securities Act [15 U.S.C. § 77t(e)], Defendant is prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

VIII.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $831,500, together with prejudgment interest thereon in the amount of $1,246,517, and a civil penalty in the amount of $2,078,017 pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant shall satisfy this obligation by paying $4,156,034 within ten business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying James E. Koenig as a defendant in this action, setting forth the title and civil action number of this action and the name of this Court, and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-

judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

IX.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing or modifying the terms of this Final Judgment.

.

Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

**Exhibit B**

# U.S. Securities and Exchange Commission

# Prejudgment Interest Report

## Koenig's 1992 Bonus

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $161,500.00 |
| 01/01/1993-03/31/1993 | 7% | 1.75% | $2,826.25 | $164,326.25 |
| 04/01/1993-06/30/1993 | 7% | 1.75% | $2,875.71 | $167,201.96 |
| 07/01/1993-09/30/1993 | 7% | 1.75% | $2,926.03 | $170,127.99 |
| 10/01/1993-12/31/1993 | 7% | 1.75% | $2,977.24 | $173,105.23 |
| 01/01/1994-03/31/1994 | 7% | 1.75% | $3,029.34 | $176,134.57 |
| 04/01/1994-06/30/1994 | 7% | 1.75% | $3,082.35 | $179,216.92 |
| 07/01/1994-09/30/1994 | 8% | 2% | $3,584.34 | $182,801.26 |
| 10/01/1994-12/31/1994 | 9% | 2.25% | $4,113.03 | $186,914.29 |
| 01/01/1995-03/31/1995 | 9% | 2.25% | $4,205.57 | $191,119.86 |
| 04/01/1995-06/30/1995 | 10% | 2.5% | $4,778.00 | $195,897.86 |
| 07/01/1995-09/30/1995 | 9% | 2.25% | $4,407.70 | $200,305.56 |
| 10/01/1995-12/31/1995 | 9% | 2.25% | $4,506.88 | $204,812.44 |
| 01/01/1996-03/31/1996 | 9% | 2.25% | $4,608.28 | $209,420.72 |
| 04/01/1996-06/30/1996 | 8% | 2% | $4,188.41 | $213,609.13 |
| 07/01/1996-09/30/1996 | 9% | 2.25% | $4,806.21 | $218,415.34 |
| 10/01/1996-12/31/1996 | 9% | 2.25% | $4,914.35 | $223,329.69 |
| 01/01/1997-03/31/1997 | 9% | 2.25% | $5,024.92 | $228,354.61 |
| 04/01/1997-06/30/1997 | 9% | 2.25% | $5,137.98 | $233,492.59 |
| 07/01/1997-09/30/1997 | 9% | 2.25% | $5,253.58 | $238,746.17 |
| 10/01/1997-12/31/1997 | 9% | 2.25% | $5,371.79 | $244,117.96 |
| 01/01/1998-03/31/1998 | 9% | 2.25% | $5,492.65 | $249,610.61 |
| 04/01/1998-06/30/1998 | 8% | 2% | $4,992.21 | $254,602.82 |
| 07/01/1998-09/30/1998 | 8% | 2% | $5,092.06 | $259,694.88 |
| 10/01/1998-12/31/1998 | 8% | 2% | $5,193.90 | $264,888.78 |
| 01/01/1999-03/31/1999 | 7% | 1.75% | $4,635.55 | $269,524.33 |
| 04/01/1999-06/30/1999 | 8% | 2% | $5,390.49 | $274,914.82 |
| 07/01/1999-09/30/1999 | 8% | 2% | $5,498.30 | $280,413.12 |

| Prejudgment Violation Range | | | Quarter Interest | Prejudgment Total |
|---|---|---|---|---|
| 10/01/1999-12/31/1999 | 8% | 2% | $5,608.26 | $286,021.38 |
| 01/01/2000-03/31/2000 | 8% | 2% | $5,720.43 | $291,741.81 |
| 04/01/2000-06/30/2000 | 9% | 2.25% | $6,564.19 | $298,306.00 |
| 07/01/2000-09/30/2000 | 9% | 2.25% | $6,711.88 | $305,017.89 |
| 10/01/2000-12/31/2000 | 9% | 2.25% | $6,862.90 | $311,880.79 |
| 01/01/2001-03/31/2001 | 9% | 2.25% | $7,017.32 | $318,898.11 |
| 04/01/2001-06/30/2001 | 8% | 2% | $6,377.96 | $325,276.07 |
| 07/01/2001-09/30/2001 | 7% | 1.75% | $5,692.33 | $330,968.40 |
| 10/01/2001-12/31/2001 | 7% | 1.75% | $5,791.95 | $336,760.35 |
| 01/01/2002-03/31/2002 | 6% | 1.5% | $5,051.41 | $341,811.76 |
| 04/01/2002-06/30/2002 | 6% | 1.5% | $5,127.18 | $346,938.94 |
| 07/01/2002-09/30/2002 | 6% | 1.5% | $5,204.08 | $352,143.02 |
| 10/01/2002-12/31/2002 | 6% | 1.5% | $5,282.15 | $357,425.17 |
| 01/01/2003-03/31/2003 | 5% | 1.25% | $4,467.81 | $361,892.98 |
| 04/01/2003-06/30/2003 | 5% | 1.25% | $4,523.66 | $366,416.64 |
| 07/01/2003-09/30/2003 | 5% | 1.25% | $4,580.21 | $370,996.85 |
| 10/01/2003-12/31/2003 | 4% | 1% | $3,709.97 | $374,706.82 |
| 01/01/2004-03/31/2004 | 4% | 1% | $3,747.07 | $378,453.89 |
| 04/01/2004-06/30/2004 | 5% | 1.25% | $4,730.67 | $383,184.56 |
| 07/01/2004-09/30/2004 | 4% | 1% | $3,831.85 | $387,016.41 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $4,837.71 | $391,854.12 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $4,898.18 | $396,752.30 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $5,951.28 | $402,703.58 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $6,040.55 | $408,744.13 |
| 10/01/2005-12/31/2005 | 7% | 1.75% | $7,153.02 | $415,897.15 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $7,278.20 | $423,175.35 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $7,405.57 | $430,580.92 |
| 07/01/2006-09/30/2006 | 8% | 2% | $8,611.62 | $439,192.54 |
| 10/01/2006-12/31/2006 | 8% | 2% | $8,783.85 | $447,976.39 |
| 01/01/2007-03/31/2007 | 8% | 2% | $8,959.53 | $456,935.92 |
| 04/01/2007-06/30/2007 | 8% | 2% | $9,138.72 | $466,074.64 |
| 07/01/2007-09/30/2007 | 8% | 2% | $9,321.49 | $475,396.13 |
| 10/01/2007-11/30/2007 | 8% | 1.33% | $6,338.62 | $481,734.75 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **01/01/1993-11/30/2007** | | | **$320,234.74** | **$481,734.75** |

**Exhibit C**

# U.S. Securities and Exchange Commission

# Prejudgment Interest Report

## Koenig's 1994 Bonus

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $250,000.00 |
| 04/01/1995-06/30/1995 | 10% | 2.5% | $6,250.00 | $256,250.00 |
| 07/01/1995-09/30/1995 | 9% | 2.25% | $5,765.63 | $262,015.63 |
| 10/01/1995-12/31/1995 | 9% | 2.25% | $5,895.35 | $267,910.98 |
| 01/01/1996-03/31/1996 | 9% | 2.25% | $6,028.00 | $273,938.98 |
| 04/01/1996-06/30/1996 | 8% | 2% | $5,478.78 | $279,417.76 |
| 07/01/1996-09/30/1996 | 9% | 2.25% | $6,286.90 | $285,704.66 |
| 10/01/1996-12/31/1996 | 9% | 2.25% | $6,428.35 | $292,133.01 |
| 01/01/1997-03/31/1997 | 9% | 2.25% | $6,572.99 | $298,706.00 |
| 04/01/1997-06/30/1997 | 9% | 2.25% | $6,720.88 | $305,426.89 |
| 07/01/1997-09/30/1997 | 9% | 2.25% | $6,872.11 | $312,299.00 |
| 10/01/1997-12/31/1997 | 9% | 2.25% | $7,026.73 | $319,325.73 |
| 01/01/1998-03/31/1998 | 9% | 2.25% | $7,184.83 | $326,510.56 |
| 04/01/1998-06/30/1998 | 8% | 2% | $6,530.21 | $333,040.77 |
| 07/01/1998-09/30/1998 | 8% | 2% | $6,660.82 | $339,701.59 |
| 10/01/1998-12/31/1998 | 8% | 2% | $6,794.03 | $346,495.62 |
| 01/01/1999-03/31/1999 | 7% | 1.75% | $6,063.67 | $352,559.29 |
| 04/01/1999-06/30/1999 | 8% | 2% | $7,051.19 | $359,610.48 |
| 07/01/1999-09/30/1999 | 8% | 2% | $7,192.21 | $366,802.69 |
| 10/01/1999-12/31/1999 | 8% | 2% | $7,336.05 | $374,138.74 |
| 01/01/2000-03/31/2000 | 8% | 2% | $7,482.77 | $381,621.51 |
| 04/01/2000-06/30/2000 | 9% | 2.25% | $8,586.48 | $390,207.99 |
| 07/01/2000-09/30/2000 | 9% | 2.25% | $8,779.68 | $398,987.67 |
| 10/01/2000-12/31/2000 | 9% | 2.25% | $8,977.22 | $407,964.89 |
| 01/01/2001-03/31/2001 | 9% | 2.25% | $9,179.21 | $417,144.10 |
| 04/01/2001-06/30/2001 | 8% | 2% | $8,342.88 | $425,486.98 |
| 07/01/2001-09/30/2001 | 7% | 1.75% | $7,446.02 | $432,933.00 |
| 10/01/2001-12/31/2001 | 7% | 1.75% | $7,576.33 | $440,509.33 |

| Prejudgment Violation Range | Rate | Quarterly Rate | Quarter Interest | Prejudgment Total |
|---|---|---|---|---|
| 01/01/2002-03/31/2002 | 6% | 1.5% | $6,607.64 | $447,116.97 |
| 04/01/2002-06/30/2002 | 6% | 1.5% | $6,706.75 | $453,823.72 |
| 07/01/2002-09/30/2002 | 6% | 1.5% | $6,807.36 | $460,631.08 |
| 10/01/2002-12/31/2002 | 6% | 1.5% | $6,909.47 | $467,540.55 |
| 01/01/2003-03/31/2003 | 5% | 1.25% | $5,844.26 | $473,384.81 |
| 04/01/2003-06/30/2003 | 5% | 1.25% | $5,917.31 | $479,302.12 |
| 07/01/2003-09/30/2003 | 5% | 1.25% | $5,991.28 | $485,293.40 |
| 10/01/2003-12/31/2003 | 4% | 1% | $4,852.93 | $490,146.33 |
| 01/01/2004-03/31/2004 | 4% | 1% | $4,901.46 | $495,047.79 |
| 04/01/2004-06/30/2004 | 5% | 1.25% | $6,188.10 | $501,235.89 |
| 07/01/2004-09/30/2004 | 4% | 1% | $5,012.36 | $506,248.25 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $6,328.10 | $512,576.35 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $6,407.20 | $518,983.55 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $7,784.75 | $526,768.30 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $7,901.52 | $534,669.82 |
| 10/01/2005-12/31/2005 | 7% | 1.75% | $9,356.72 | $544,026.54 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $9,520.46 | $553,547.00 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $9,687.07 | $563,234.07 |
| 07/01/2006-09/30/2006 | 8% | 2% | $11,264.68 | $574,498.75 |
| 10/01/2006-12/31/2006 | 8% | 2% | $11,489.98 | $585,988.73 |
| 01/01/2007-03/31/2007 | 8% | 2% | $11,719.77 | $597,708.50 |
| 04/01/2007-06/30/2007 | 8% | 2% | $11,954.17 | $609,662.67 |
| 07/01/2007-09/30/2007 | 8% | 2% | $12,193.25 | $621,855.92 |
| 10/01/2007-11/30/2007 | 8% | 1.33% | $8,291.41 | $630,147.33 |

| **Prejudgment Violation Range** | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|
| **04/01/1995-11/30/2007** | | **$380,147.32** | **$630,147.33** |

# **Exhibit D**

# U.S. Securities and Exchange Commission

# Prejudgment Interest Report

## Koenig's 1995 Bonus

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $420,000.00 |
| 04/01/1996-06/30/1996 | 8% | 2% | $8,400.00 | $428,400.00 |
| 07/01/1996-09/30/1996 | 9% | 2.25% | $9,639.00 | $438,039.00 |
| 10/01/1996-12/31/1996 | 9% | 2.25% | $9,855.88 | $447,894.88 |
| 01/01/1997-03/31/1997 | 9% | 2.25% | $10,077.63 | $457,972.51 |
| 04/01/1997-06/30/1997 | 9% | 2.25% | $10,304.38 | $468,276.89 |
| 07/01/1997-09/30/1997 | 9% | 2.25% | $10,536.23 | $478,813.12 |
| 10/01/1997-12/31/1997 | 9% | 2.25% | $10,773.30 | $489,586.42 |
| 01/01/1998-03/31/1998 | 9% | 2.25% | $11,015.69 | $500,602.11 |
| 04/01/1998-06/30/1998 | 8% | 2% | $10,012.04 | $510,614.15 |
| 07/01/1998-09/30/1998 | 8% | 2% | $10,212.28 | $520,826.43 |
| 10/01/1998-12/31/1998 | 8% | 2% | $10,416.53 | $531,242.96 |
| 01/01/1999-03/31/1999 | 7% | 1.75% | $9,296.75 | $540,539.71 |
| 04/01/1999-06/30/1999 | 8% | 2% | $10,810.79 | $551,350.50 |
| 07/01/1999-09/30/1999 | 8% | 2% | $11,027.01 | $562,377.51 |
| 10/01/1999-12/31/1999 | 8% | 2% | $11,247.55 | $573,625.06 |
| 01/01/2000-03/31/2000 | 8% | 2% | $11,472.50 | $585,097.56 |
| 04/01/2000-06/30/2000 | 9% | 2.25% | $13,164.70 | $598,262.26 |
| 07/01/2000-09/30/2000 | 9% | 2.25% | $13,460.90 | $611,723.16 |
| 10/01/2000-12/31/2000 | 9% | 2.25% | $13,763.77 | $625,486.93 |
| 01/01/2001-03/31/2001 | 9% | 2.25% | $14,073.46 | $639,560.39 |
| 04/01/2001-06/30/2001 | 8% | 2% | $12,791.21 | $652,351.60 |
| 07/01/2001-09/30/2001 | 7% | 1.75% | $11,416.15 | $663,767.75 |
| 10/01/2001-12/31/2001 | 7% | 1.75% | $11,615.94 | $675,383.69 |
| 01/01/2002-03/31/2002 | 6% | 1.5% | $10,130.76 | $685,514.45 |
| 04/01/2002-06/30/2002 | 6% | 1.5% | $10,282.72 | $695,797.17 |
| 07/01/2002-09/30/2002 | 6% | 1.5% | $10,436.96 | $706,234.13 |
| 10/01/2002-12/31/2002 | 6% | 1.5% | $10,593.51 | $716,827.64 |

| Period | Rate | Quarter Rate | Quarter Interest | Prejudgment Total |
|---|---|---|---|---|
| 01/01/2003-03/31/2003 | 5% | 1.25% | $8,960.35 | $725,787.99 |
| 04/01/2003-06/30/2003 | 5% | 1.25% | $9,072.35 | $734,860.34 |
| 07/01/2003-09/30/2003 | 5% | 1.25% | $9,185.75 | $744,046.09 |
| 10/01/2003-12/31/2003 | 4% | 1% | $7,440.46 | $751,486.55 |
| 01/01/2004-03/31/2004 | 4% | 1% | $7,514.87 | $759,001.42 |
| 04/01/2004-06/30/2004 | 5% | 1.25% | $9,487.52 | $768,488.94 |
| 07/01/2004-09/30/2004 | 4% | 1% | $7,684.89 | $776,173.83 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $9,702.17 | $785,876.00 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $9,823.45 | $795,699.45 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $11,935.49 | $807,634.94 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $12,114.52 | $819,749.46 |
| 10/01/2005-12/31/2005 | 7% | 1.75% | $14,345.62 | $834,095.08 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $14,596.66 | $848,691.74 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $14,852.11 | $863,543.85 |
| 07/01/2006-09/30/2006 | 8% | 2% | $17,270.88 | $880,814.73 |
| 10/01/2006-12/31/2006 | 8% | 2% | $17,616.29 | $898,431.02 |
| 01/01/2007-03/31/2007 | 8% | 2% | $17,968.62 | $916,399.64 |
| 04/01/2007-06/30/2007 | 8% | 2% | $18,327.99 | $934,727.63 |
| 07/01/2007-09/30/2007 | 8% | 2% | $18,694.55 | $953,422.18 |
| 10/01/2007-11/30/2007 | 8% | 1.33% | $12,712.30 | $966,134.48 |

| **Prejudgment Violation Range** | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|
| **04/01/1996-11/30/2007** | | **$546,134.48** | **$966,134.48** |

# CERTIFICATE OF SERVICE

      I, John D. Worland, Jr., state that on December 14, 2007, I electronically filed the foregoing **MOTION FOR ENTRY OF FINAL JUDGMENT AND PROPOSED DISTRIBUTION** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

                Sarah R. Wolff (Bar No. 3123733)
                Jonathan S. Quinn (Bar No. 6200495)
                Matthew J. O'Hara (Bar No.6237795)
                Reed Smith LLP
                10 South Wacker Drive
                Chicago, IL 60606
                (312) 207-1000
                swolff@reedsmith.com

                *Attorneys for Defendant James E. Koenig*


                s/ John D. Worland, Jr.